# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
MAR 20 AM 10: 26

Arnesha M. Garner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CV 08   1365

State Farm Mutual Automobile Insurance Company

MEJ

TO: (Name and address of defendant)

Dana Silver
Agent for Service of Process
3345 Michelson Drive
Fourth Floor
Irvine, CA 92612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Birka-White
Birka-White Law Offices
744 Montgomery Street
Fourth Floor
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 10, 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

THOMAS D. HICKS (SBN 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: ARNESHA M. GARNER etc., et al.
Defendant: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.

Ref#: 232212    *  **PROOF OF SERVICE**   *  Case No.: CV 08 1365 MEJ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES; STANDNG ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNES OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served      : STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

By serving        : Michael Syverson, Authorized Agent

Address           : (Business)
                    3345 Michelson Drive, Fourth Floor
                    Irvine, CA 92612

Date of Service: March 11, 2008

Time of Service: 4:10 PM

Person who served papers:
DONALD L. NIEMEYER
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $188.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: PSC 1374
(iii) County: Orange

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 11, 2008                 Signature _____