|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

ARNESHA M. GARNER,                 )
                Plaintiff (s)      )    CASE NO. C-08-1365 MEJ
      v.                                 )
                                 )    **NOTICE OF IMPENDING**
                                 )    **REASSIGNMENT TO A**
STATE FARM MUTUAL AUTOMOBILE )    **UNITED STATES**
INSURANCE COMPANY.                 )    **DISTRICT COURT JUDGE**
                                 )
               Defendant (s)    )
_____)

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: April 14, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk