SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE  Bar No. 40030
BRUCE D. CELEBREZZE  Bar No. 102181
LAURA L. GOODMAN  Bar No. 142689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV 08 1365 MEJ<br><br>DECLARATION OF LAURA L. GOODMAN IN SUPPORT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL<br><br>JUDGE:  Maria-Elena James<br>CTRM:   B<br>DATE:   May 22, 2008<br>TIME:   10:00 a.m. |

I, LAURA L. GOODMAN, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California, and the United States District Court for the Northern District of California, and am a partner with the law firm of Sedgwick, Detert, Moran & Arnold, LLP, counsel of record for defendant State Farm Mutual Automobile Insurance Company ("State Farm") in this action.

2. I submit this Declaration in Support of State Farm Mutual Automobile Insurance Company's ("State Farm") Motion to Compel Contractual Appraisal and For a Stay Pending Appraisal. I have personal knowledge of the matters stated herein and, if called upon to do so, would testify competently to them.

-1-
CASE NO. CV 08 1365 MEJ
DECLARATION OF LAURA L. GOODMAN IN SUPPORT OF MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL

3. On April 9, 2008, I wrote a letter on behalf of State Farm to plaintiff Arnesha Garner's counsel Mr. David Birka-White, formally requesting that Ms. Garner submit to the agreed-upon binding appraisal process and agree to stay this action pending the outcome of such appraisal. A true and correct copy of the April 9, 2008 letter is attached hereto as Exhibit A.

4. On April 14, 2008, I received a letter in response from Mr. Birka-White on behalf of Ms. Garner refusing to engage in the appraisal process. A true and correct copy of the April 14, 2008 letter is attached as Exhibit B.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct and that this declaration was executed on this 14th day of April 2008, at San Francisco, California.

_____
LAURA L. GOODMAN

# EXHIBIT A



**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Tel: 415.781.7900 Fax: 415.781.2635

www.sdma.com

LAURA L. GOODMAN
415.627.3483
laura.goodman@sdma.com

April 9, 2008

VIA EMAIL AND U.S. MAIL

David Birka-White, Esq.
Birka-White Law Offices
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111

Re:   *Garner v. State Farm*, United States District Court, N.D.Cal., Case No. CV-08-1365

Dear Mr. Birka-White:

In the complaint you filed on behalf of Arnesha M. Garner, Ms. Garner has raised a dispute over the amount she received from State Farm with respect to her total-loss automobile claim. The State Farm policy issued to Ms. Garner contains a binding appraisal provision. The "Settlement of Loss – Comprehensive and Collision Coverages" section of Ms. Garner's Policy provides, in relevant part:

> [State Farm] ha[s] the right to settle a *loss* with *you* or the owner of the property in one of the following ways:
>
> 1.   pay the agreed upon actual case value of the property at the time of the *loss* in exchange for the damaged property. If the owner and [State Farm] cannot agree on the actual case value, either party may demand an appraisal as described below.
>
> * * *
>
> Appraisal under item 1 above shall be conducted according to the following procedure. Each party shall select an appraiser. These two shall select a third appraiser. The written decision of any two appraisers shall be binding. The cost of the appraiser shall be paid by the party who hired him or her. The cost of the third appraiser and other appraisal expenses shall be shared equally by both parties. We do not waive any of our rights by agreeing to an appraisal.

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office.

David Birka-White, Esq.
Re: Garner v. State Farm, United States District Court, N.D.Cal., Case No. CV-08-1365
April 9, 2008
Page 2

(Policy, at 17-18.) Furthermore, the policy provides that "[t]here is no right of action against [State Farm]...until all the terms of this policy have been met[.]" (Policy, at 23.)

State Farm previously advised that it would tender the amount of $17, 019.72, without prejudice to Ms Garner's rights to seek an additional amount in an appraisal, in correspondence dated May 8, 2007. With Ms Garner's written consent, $14, 991.30 was paid to the lender holding a lien on her car on May 15, 2007 and the balance paid to her on the same date. In addition, on October 11, 2007, State Farm was able to refund her $500 deductible. State Farm also provided information concerning its evaluation of Ms Garner's total loss in February of 2008, but it never received a response to its communication about appraisal and did not know that Ms. Garner had decided to contest the $17, 519.72 total amount paid by State Farm for her vehicle's total loss until it received a copy of Ms. Garner's complaint.

Pursuant to the terms of the policy, State Farm hereby requests that Ms. Garner submit to the agreed-upon binding appraisal process, and agree to stay this action pending the outcome of such appraisal. Please advise us no later than April 11, 2008 whether Ms. Garner will agree to appraisal so that we may work out a mutually-agreeable procedure for selecting the appraisers and setting a schedule for the appraisal to take place.

Very truly yours,

*Laura L. Goodman* /hjk
Laura L. Goodman
Sedgwick, Detert, Moran & Arnold LLP

# EXHIBIT B

## BIRKA-WHITE LAW OFFICES
744 MONTGOMERY STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94111

DAVID M. BIRKA-WHITE

TELEPHONE: (415) 616-9999
FACSIMILE: (415) 616-9494
dbw@birka-white.com

April, 14 2008

**VIA EMAIL AND U.S. MAIL**

Laura L. Goodman
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Re:   *Garner v. State Farm*, United States District Court, N.D. Cal., Case No. CV-08-1365

Dear Mrs. Goodman:

This letter is in response to yours dated Wednesday, April 9, 2008 and received in the afternoon. As I indicated in my email to you sent during the evening of April 9, 2008, I left for Washington D.C. early Thursday, April 10, 2008 and returned late last night, Sunday, April 13, 2008. Having considered your letter, we do not believe there is an obligation to engage in the appraisal process at this time and choose not to do so.

Sincerely,

David M. Birka-White

DBW:bah