SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE  Bar No. 40030
BRUCE D. CELEBREZZE  Bar No. 102181
LAURA L. GOODMAN  Bar No. 142689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendant. | CASE NO. CV 08 1365 MEJ<br><br>**[PROPOSED] ORDER GRANTING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL**<br><br>JUDGE:<br>CTRM:<br>DATE:<br>TIME: |

State Farm's motion to compel contractual appraisal and for a stay pending appraisal came on regularly for hearing before this Court on May ___, 2008 at _____ a.m./p.m. in Courtroom _____, the Honorable _____ presiding. All parties appeared through counsel. After full consideration of the parties' papers, the declarations and the evidence submitted, and the oral argument of counsel, this Court orders as follows:

IT IS HEREBY ORDERED that State Farm's motion to compel contractual appraisal and for a stay pending appraisal is GRANTED. Pursuant to the terms of the California automobile insurance policy issued to plaintiff by State Farm, the California Code of Regulations, title 10, section 2695.8(c), the California Arbitration Act, Cal. Civ. Proc. Code § 1280 *et seq.*, and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, plaintiff is ordered to proceed with the appraisal

-1-      CASE NO. CV 08 1365 MEJ
[PROPOSED] ORDER GRANTING STATE FARM'S MOTION TO COMPEL CONTRACTUAL APPRAISAL
AND FOR A STAY PENDING APPRAISAL

process set forth in the State Farm policy. This action will be and is hereby stayed until after conclusion of the appraisal process.

DATED: _____

UNITED STATES DISTRICT JUDGE

-2-   CASE NO. CV 08 1365 MEJ
[PROPOSED] ORDER GRANTING STATE FARM'S MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL