1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA L. GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | ARNESHA M. GARNER, on behalf of herself and all others similarly situated, | CASE NO. CV 08 1365 MEJ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM [FED.R.CIV.P. 12(B)(6)] |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | JUDGE:<br>CTRM:<br>DATE:<br>TIME: |
| Defendant. | |

18

19    State Farm's motion to dismiss plaintiff's complaint for failure to state a claim pursuant
20 to Federal Rule of Civil Procedure 12(b)(6) came on regularly for hearing before this Court on
21 May __, 2008 at ____ a.m./p.m. in Courtroom ___, the Honorable _____
22 presiding. All parties appeared through counsel. After full consideration of the parties' papers,
23 the matters as to which the Court has taken judicial notice, the State Farm Mutual Automobile
24 Insurance policy issued to plaintiff, and the oral argument of counsel, this Court orders as
25 follows:
26    IT IS HEREBY ORDERED that State Farm's motion to dismiss plaintiff's complaint for
27 failure to state a claim is GRANTED.
28    All of the claims asserted by plaintiff in her complaint are dependent on her assertion that

-1-                                              CASE NO. CV 08 1365 MEJ
[PROPOSED] ORDER GRANTING STATE FARM'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1  State Farm violated California Code of Regulations section 2695.8(b)(2). The Court finds that
2  the provision in section 2695.8(b)(2) purporting to require State Farm to use either the asking
3  price or actual sales price of comparable vehicles was not effective as to State Farm at the time it
4  evaluated plaintiff's claim because the California Department of Motor Vehicles had not yet
5  made actual sales prices of comparable vehicles available to State Farm or its vendor Mitchell
6  International. Therefore, plaintiff has failed to allege a cognizable legal theory to support any of
7  her claims for relief.
8      As an independent basis for dismissal, plaintiff has not and cannot plead her own
9  performance of the insurance contract since she has failed to exhaust the appraisal process
10  provided for in her insurance policy prior to filing this action, as required pursuant to the
11  California Arbitration Act, California Code of Civil Procedure § 1280 *et seq.*, and the Federal
12  Arbitration Act, 9 U.S.C. § 1 *et seq.* Plaintiff has also failed to properly plead the necessary
13  element of damages for any of her claims and cannot show that she suffered any damage without
14  an appraisal establishing that she was not paid the actual cash value of her automobile.
15      Plaintiff's complaint is hereby dismissed with prejudice and State Farm is awarded its
16  reasonable costs of suit.
17  DATED:

_____
UNITED STATES DISTRICT JUDGE