1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA L. GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ARNESHA M. GARNER, on behalf of           | CASE NO. CV 08 1365 MEJ
   | herself and all others similarly situated, |
12 |                                            | **STATE FARM MUTUAL AUTOMOBILE
   |           Plaintiff,                       | INSURANCE COMPANY'S DISCLOSURE
13 |                                            | STATEMENT  [FEDERAL RULE OF
   |      v.                                   | CIVIL PROCEDURE 7.1]**
14 |
   | STATE FARM MUTUAL
15 | AUTOMOBILE INSURANCE
   | COMPANY,
16 |
   |           Defendant.
17

Pursuant to Federal Rule of Civil Procedure 7.1, defendant State Farm Mutual Automobile Insurance Company hereby submits its disclosure statement:

1. Defendant State Farm Mutual Automobile Insurance Company has no parent corporation.

2. No publicly held corporation owns 10% or more of State Farm Mutual Automobile Insurance Company's stock.

DATED: April 14, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Kevin J. Dunne
Bruce D. Celebrezze
Laura L. Goodman
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

CASE NO. CV 08 1365 MEJ

1

STATE FARM'S RULE 7.1 DISCLOSURE STATEMENT