SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN DUNNE  Bar No. 40030
BRUCE D. CELEBREZZE  Bar No. 102181
LAURA GOODMAN  Bar No. 142689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV 08 1365 MEJ<br><br>**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES [LOCAL RULE 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 15, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Kevin Dunne
Kevin Dunne
Bruce D. Celebrezze
Laura Goodman
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY