1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 040030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 3:08-cv-01365-MEJ<br><br>**NOTICE OF APPEARANCE** |

18  **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

19      **PLEASE TAKE NOTICE** that Kevin J. Dunne (California State Bar No. 040030) of the

20  law firm of Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th

21  Floor, San Francisco, California 94105; (415) 781-7900 (telephone); (415) 781-2635 (facsimile);

22  **kevin.dunne@sdma.com** (e-mail); represents and hereby enters his appearance as an additional

23  attorney to be noticed as counsel for defendant State Farm Mutual Automobile Insurance

24  Company in this action.

25  DATED:  April 16, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

26                                  By: /s/  Kevin J. Dunne
27                                      Kevin J. Dunne
                                        Attorneys for Defendant
28                                      STATE FARM MUTUAL AUTOMOBILE
                                        INSURANCE COMPANY