David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 08-01365 CW<br><br>[PROPOSED] ORDER DENYING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM [FED.R.CIV.P. 12(b)(6)]<br><br>JUDGE: Claudia Wilken<br>DATE: May 22, 2008<br>TIME: 10:00 am<br>COURTROOM: 2, 2nd Floor |

This matter having been submitted to the Hon. Claudia Wilken without oral argument; and

Based upon the Court's review of the pleadings submitted by Plaintiff and Defendant in support of and in opposition to the motion, the declarations in support of and in opposition thereto, and the complaint in this case:

///

///

1  IT IS HEREBY ORDERED that Defendant State Farm Mutual Automobile Insurance
2  Company's Motion to Dismiss Plaintiff's Complaint For Failure To State A Claim [Fed.R.Civ.P
3  12(b)(6)] is DENIED.

5  DATED:     May ____, 2008

7  _____
   Honorable Claudia Wilken
   District Court Judge