David M. Birka-White; (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 08-01365 CW<br><br>**DECLARATION OF DAVID M. BIRKA-WHITE IN OPPOSITION TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM AND MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL**<br><br>JUDGE: Claudia Wilken<br>DATE: May 22, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 2, 2nd Floor |

I, DAVID M. BIRKA-WHITE, hereby declare as follows:

1.  I am co-counsel for Plaintiff in this matter. I make this declaration of my own personal knowledge. If called upon to testify as to the matters contained herein, I could and would competently testify thereto.

2.  I submit this Declaration in Opposition to State Farm's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim and Motion to Compel Contractual Appraisal and for a Stay Pending Appraisal.

3.  After receiving State Farm's Motion to Dismiss Plaintiff's complaint, I contacted the California Department of Motor Vehicles ("DMV") and spoke with Twan Quan, Manager III,

1. Policy & Information Privacy Sector. I specifically inquired about the history of insurance carrier requests to the DMV for sales data relating to California Code of Regulations section 2695.8.

4. Mr. Quan was able to provide considerable detail regarding which companies applied to the DMV for sales data as well as when the sales data was made available.

5. During or about April 21, 2008, I received a call from Roger Sato, Senior Staff Counsel for the Legal Affairs Division of the DMV. On that occasion, and since, we spoke regarding the history of the applications by insurance companies or their agents to the DMV for sales data in association with California Code of Regulations section 2695.8 and when such requests were made and received.

6. I requested that Mr. Sato provide a sworn declaration from the person most knowledgeable about this topic. He indicated that there likely were several people with whom he would have to consult to gather the information requested and, therefore had insufficient time to prepare the appropriate declaration or declarations. He did not believe that all the information could be provided by one person.

7. Given the time constraints, Mr. Sato offered to provide me with a letter to briefly summarize the events relating to vehicle sales data applications and the dates such sales data was made available by the DMV and to whom.

8. Attached hereto as Exhibit 1 is true and correct copy of the May 1, 2008, letter from Roger J. Sato, Senior Staff Counsel of the DMV "Re: Vehicle Registration and Sales Data." I received the attached letter from Mr. Sato by facsimile on May 1, 2008.

9. The summary of events set forth in the Sato letter illustrates that at least three companies have applied to the DMV for vehicle registration sales data.

10. CCC sent in its application in April 2003 and has been receiving the sales data for the DMV since October 2004. Discovery is necessary to know the date, nature and volume of sales data DMV provided to CCC. This discovery goes directly to counter the assertion by State Farm that sales data was not available from the DMV.

11. Audatex (formerly ADP Claims Solutions Group) sent in its application to the DMV in August 2004. Apparently, the program was halted after 95% completion due to ADP's

- 2 -    CASE NO. C 08-01365 CW
DECLARATION OF DAVID M. BIRKA-WHITE IN OPPOSITION TO STATE FARM'S MOTION TO DISMISS AND MOTION FOR A STAY PENDING APPRAISAL

unresponsiveness. Discovery is necessary to know what sales data, if any, was transferred by the DMV to Audatex and why the program was halted.

12. Mitchell, State Farm's current agent for total loss evaluation, first sent in an application to the DMV to request sales data for insurance claims on February 7, 2006. However, communication between the DMV and Mitchell ceased one month later in March of 2006.

13. Mitchell did not re-apply to the DMV for sales data until September 2007, four months after Plaintiff Arnesha Garner's total loss was paid by State Farm.

14. Mr. Sato's letter makes clear that discovery is essential on this subject. There is a considerable volume of relevant documents and several DMV employees may need to be deposed.

15. California Code of Regulations section 2695.8 became operational on January 14, 1993. State Farm has denied that sales data has been available from the DMV. The DMV has made sales data available to at least one vendor, CCC, since October 2004, and possibly Audatex as well. Both CCC and Audatex may have served as State Farm's agent to evaluate total loss vehicles prior to Mitchell. Mitchell apparently has only provided State Farm with total loss evaluations since 2006 or even 2007.

16. It is necessary to conduct discovery to address State Farm's denial that sales data has been available from the DMV, and that section 2695.8 does not apply to State Farm.

17. Plaintiff requests an opportunity to proceed with discovery before the court rules on either the State Farm motion to dismiss or the State Farm motion to compel an appraisal and for a stay.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct and that this declaration was executed on this 1st day of May 2008, in San Francisco, California.

_____
DAVID M. BIRKA-WHITE

# Exhibit 1

STATE OF CALIFORNIA–BUSINESS, TRANSPORTATION AND HOUSING AGENCY         ARNOLD SCHWARZENEGGER, Governor
LEGAL AFFAIRS DIVISION
LEGAL OFFICE, C128
**DEPARTMENT OF MOTOR VEHICLES**
P.O. BOX 932382
SACRAMENTO, CA 94232-3820
(916) 657-6469



May 1, 2008

David Birka-White
744 Montgomery Street, 4th Floor
San Francisco, CA 94111

Re: Vehicle Registration Sales Data

Dear Mr. Birka-White:

I had the records reviewed from the California Department of Motor Vehicles, Communications Program Division, Information Services Branch, Policy and Information Privacy Section (PIPS), regarding requests for certain vehicle registration sales data. Here is a brief chronology of the contacts made by the various entities:

<u>CCC Information Services</u>

April 2003:   CCC sent an application to request Vehicle Registration (VR) data for insurance claims
October 2004:  CCC received DMV VR data

<u>ADR (American Driver Record)/Mitchell</u>

February 7, 2006:  Mitchell sent an application to request VR data for insurance claims. Communication ceased in March 2006.
July/August 2007:  ADR sent an application to request VR data for insurance claims to resell to Mitchell, then backed out after being told ADR could not resell the data.
September 2007:  Mitchell sent a new application to request VR data for insurance claims
April 25, 2008:  Mitchell received a test file
May 7, 2008:  Production data file will be provided to Mitchell.

California Relay Telephone Service for the deaf or hearing Impaired from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

ADM 641 (REV. 11/2003) EF            *A Public Service Agency*

Letter to David Birka-White
5/1/2008
Page 2

### ADP/Audatex

| | |
|---|---|
| August 2004: | Audatex (formerly ADP Claim Solutions Group) sent an application to request VR data |
| November 2005: | The program was halted after 95% completion due to ADP's unresponsiveness for an unknown reason. |
| February 2008: | Audatex stated that they would submit a new request. |
| March 10, 2008: | Received a new request from Audatex, which is totally different from the previous one. |
| March 19, 2008: | Audatex was advised that DMV cannot complete the request by 4/30/08 due to new criteria data request. |
| March 27, 2008: | Request sent to DMV Registration Automation Development to process the request. |

If you have any questions, please feel free to contact me at your convenience.

Sincerely,

ROGER J. SATO
Senior Staff Counsel