David M. Birka-White; (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494
Attorneys for Plaintiff Arnesha Garner
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 08-1365 CW<br><br>**DECLARATION OF ARNESHA M. GARNER IN OPPOSITION TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL**<br><br>JUDGE: Claudia Wilken<br>DATE: May 22, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 2, 2nd Floor |

I, ARNESHA M. GARNER, hereby declare as follows:

1. I am the Plaintiff in this matter. I submit this Declaration in Opposition to State Farm's Motion to Compel Contractual Appraisal and for Stay Pending Appraisal.

2. I make this declaration of my own personal knowledge. If called upon to testify as to the matters contained herein, I could and would competently testify thereto.

3. On April 27, 2007, I was insured by State Farm for my 2005 Ford Escape.

4. I have reviewed a copy of the Insurance Policy, which is attached as Exhibit A to the declarations of Thomas A. Bianco in support of State Farm Mutual Automobile Company's Motion to Dismiss and Motion to Compel Contractual Appraisal and for Stay Pending

Appraisal.

Until now, State Farm did not provide me with a copy of my Policy of insurance that was in effect on April 27, 2007.

5. Prior to my accident on April 27, 2007, I had no knowledge of the Appraisal Clause contained in this Policy.

6. I have never spoken with Thomas A. Bianco. I have never negotiated any aspect of the appraisal process with State Farm, nor did any representative of State Farm ever advise me about the meaning of the Appraisal Clause until after I received the May 8, 2007 letter from Daphne Scales of State Farm.

7. On May 4, 2007, I received a call from Daphne Scales of State Farm. Ms. Scales advised me that my 2005 Ford Escape was a "total loss." She told me that a valuation report would be sent to me, but she did not tell me anything during that conversation about the value of my vehicle.

8. Sometime after May 8, 2007, I received a letter dated May 8, 2007, which included a valuation report from Mitchell regarding my 2005 Ford Escape. A true and correct copy of the May 8, 2007 letter from Daphne L. Scales, enclosing the Mitchell valuation report is attached as Exhibit A.

9. The letter informed me that my truck had a value of $15,993.25 and that I would receive a settlement amount of $2,028.42. I immediately felt that State Farm's valuation of my truck was low. I called Daphne Scales and advised her that I had reviewed the Kelly Blue Book, which listed a higher value for my truck than that of the State Farm valuation.

10. Ms. Scales said that State Farm did not use Kelly Blue Book and that they looked at similar vehicles in the area. She told me that I could hire my own appraiser if I disagreed with the valuation. I asked her what the cost of an additional appraisal would be. She told me it would be about $350.00 for me to hire an appraiser. She explained that State Farm had its own appraiser and that I would have to pay one half the cost of a third appraiser as well. She did not provide me with any names of appraisers or how to locate one.

11. I thought the $350.00 plus half the cost of another appraiser was more than I could reasonably afford to challenge the State Farm valuation.

12. I told Ms. Scales that the cost of the appraisal was too much and that I did not believe that the process was fair.

13. When I received the Mitchell report, included with the State Farm May 8, 2007 letter, I tried to understand how they determined the value of my vehicle. I could not determine how they arrived at the value. The report is very complicated and was impossible for me to sort out the meaning or method of arriving at the value of my truck.

14. At the time, I had no way of knowing or reason to suppose that the State Farm Mitchell valuation was illegal.

15. I am employed by the United States Postal Service as a city carrier. In May, 2007, after I received the May 8, 2007, State Farm letter and Mitchell valuation report, I needed transportation to work and the rental car period only lasted until May 14, 2007.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct and that this declaration was executed on this 30th day of April 2008, in San Francisco, California.

_____
ARNESHA M. GARNER

3
DECLARATION OF ARNESHA M. GARNER IN OPPOSITON TO STATE FARM MUTUATL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM AND MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL

# Exhibit A

# State Farm Insurance Companies



Emeryville Operations Center
PO Box 6405
Rohnert Park, CA 94927-6405
877 587 6200 Fax 800 440 6176

May 8, 2007

Arnesha Garner
2924 Griffith St
San Francisco, CA 94124-3722

RE: Our Insured:   Arnesha Garner
    Claim Number:  05-5395-790
    Date of Loss:  April 27, 2007

Dear Ms. Garner:

The enclosed material from MITCHEL1, an independent vehicle evaluation company, was used to establish the settlement amount of your 2005 Ford Escape.

The settlement amount was established as follows:

|  |  |  |
|---|---|---|
|  | Actual Cash Value/Base Price | $15,993.29 |
| Plus: | Sales Tax | +$1,359.43 |
|  | Unused License Fees | +$167.00 |
|  | Total | $17,519.72 |
| Less: | Deductible | -$500.00 |
|  | Payment to Lien Holder | -$14,991.30 |
|  | Settlement Amount | $2,028.42 |

The DMV requires that all documents be <u>unaltered</u> and <u>signed exactly</u> as your name appears on the title and registration. Please sign these documents as ARNESSHA M GARNER.

   Vehicle/Vessel Transfer Form
   Application for Vehicle License Fee Refund Form
   Authorization for Pay Off

Ms. Garner, we have extended your rental through May 14, 2007.

Please contact us if you have any questions.

Sincerely,

OUTGOING
MAY 1 0 2007
EmeryTech SC

Arnesha Garner
Page 2
May 8, 2007

Daphne L. Scales x6656
Claim Representative
(877) 587-6200

State Farm Mutual Automobile Insurance Company

 

## Total Logic™ Valuation

PREPARED FOR:
State Farm Insurance
(888) 759-9034

**Claim Summary: 05-5395-790-01**

| | | | |
|---|---|---|---|
| Insurance Carrier: | State Farm Insurance | Loss Type: | COLLISION |
| Claim Suffix-ID: | 05-5395-790-01 | Loss Date: | 04/27/2007 |
| Policy Number: | | Reported Date: | |
| Owner: | Garner, Arnesha | Valuation Report Date: | 05/04/2007 13:54:40 |
| | | Valuation Report ID: | 91410 |

**Valuation Summary: 2005 Ford Escape Limited**

| | | | |
|---|---|---|---|
| Loss Vehicle: | 2005 Ford Escape Limited 4 Door Utility 3.0L 6 Cyl Gas Injected 2WD | VIN: | 1FMYU04155KB19440 |
| | | Mileage: | 40,082 miles |
| Location: | CA 94124 | Exterior Color: | BLACK |
| License Plate: | 5MNY427, California, Exp. 03/2008 | | |

Equipment:
- ALUM/ALLOY WHEELS
- ANTI-LOCK BRAKE SYS.
- CRUISE CONTROL
- FIRST ROW BUCKET SEAT
- FRONT AIR DAM
- LEATHER SEAT
- PASSENGER AIRBAG
- POWER ADJUSTABLE EXTERIOR MIRROR
- POWER DRIVER SEAT
- POWER STEERING
- PRIVACY GLASS
- REAR WINDOW DEFOGGER
- SECOND ROW SPLIT BENCH SEAT
- TILT STEERING COLUMN
- AM FM STEREO CD
- CD PLAYER
- DRIVER SIDE AIRBAG
- FOG LIGHTS
- KEYLESS ENTRY
- MANUAL AIR CONDITION
- PASSENGER AIRBAG CUTOFF SWITCH/SENSOR
- POWER BRAKE
- POWER LOCK
- POWER WINDOW
- REAR HEATING, VENTILATION & AIR CONDITIONING
- SECOND ROW FOLDING SEAT
- TACHOMETER
- TINTED GLASS

| | |
|---|---|
| Base Value: | $15,513.06 |
| Condition Adjustment: | $30.23 |
| Aftermarket Parts Adjustment: | $450.00 |
| Refurbishment Adjustment: | $0.00 |
| Prior Damage Adjustment: | $0.00 |
| Market Value: | $15,993.29 |
| (8.500 %) Tax: | $1,359.43 |
| Final Value: | $17,352.72 |

Valuation Notes:

Mitchell
**Total Logic**

F. LOFRANO & SON, INC   B3EG05BE

Vehicle location (Salvage yard, residence, etc.) F. Lafrono and Son
The Stock number 3668
Storage amount per day, starting on mm/dd/yy. no
Towing amount $270.00
Driveable (yes or no.) no
Keys with the vehicle (yes or no) yes

Local Market Valuation: 2005 Ford Escape Limited

|  | Loss Vehicle<br>2005 Ford Escape Limited<br>CA 94124 | Local Market Average<br>2005 FORD ESCAPE<br>$17,215.61 | Adjustments |
|---|---|---|---|
| Equipment | | | |
| ALUM/ALLOY WHEELS | ✓ | ✓ | $0.00 |
| POWER DRIVER SEAT | ✓ | ✓ | $0.00 |
| LEATHER SEAT | ✓ | ✓ | $0.00 |
| MANUAL AIR CONDITION | ✓ | ✓ | $0.00 |
| POWER WINDOW | ✓ | ✓ | $0.00 |
| POWER LOCK | ✓ | ✓ | $0.00 |
| CD PLAYER | ✓ | ✓ | $0.00 |
| CRUISE CONTROL | ✓ | ✓ | $0.00 |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ | $0.00 |
| SECOND ROW FOLDING SEAT | ✓ | ✓ | $0.00 |
| POWER ADJUSTABLE EXTERIOR | ✓ | ✓ | $0.00 |
| TACHOMETER | ✓ | ✓ | $0.00 |
| FRONT AIR DAM | ✓ | ✓ | $0.00 |
| PASSENGER AIRBAG | ✓ | ✓ | $0.00 |
| PASSENGER AIRBAG CUTOFF S | ✓ | ✓ | $0.00 |
| POWER BRAKE | ✓ | ✓ | $0.00 |
| SECOND ROW SPLIT BENCH SE | ✓ | ✓ | $0.00 |
| TILT STEERING COLUMN | ✓ | ✓ | $0.00 |
| PRIVACY GLASS | ✓ | ✓ | $0.00 |
| REAR WINDOW DEFOGGER | ✓ | ✓ | $0.00 |
| KEYLESS ENTRY | ✓ | ✓ | $0.00 |
| REAR HEATING, VENTILATION & | ✓ | ✓ | $0.00 |
| POWER STEERING | ✓ | ✓ | $0.00 |
| FOG LIGHTS | ✓ | ✓ | $0.00 |
| DRIVER SIDE AIRBAG | ✓ | ✓ | $0.00 |
| AM FM STEREO CD | ✓ | ✓ | $0.00 |
| FIRST ROW BUCKET SEAT | ✓ | ✓ | $0.00 |
| TINTED GLASS | ✓ | ✓ | $0.00 |
| SUNROOF (POWER) | ✗ | ✓ | -$294.83 |
| POWER PASSENGER SEAT | ✗ | ✓ | -$115.34 |
| CD CHANGER | ✗ | ✓ | -$292.32 |
| PREMIUM SOUND SYSTEM | ✗ | ✓ | -$239.06 |
| Vehicle Type | | ✗ | $0.00 |
| Mileage | 40,082 miles | 33,196 miles | -$546.49 |
| Age of Ad Adjustment | | | -$214.51 |
| Price | | | $17,215.6 |
| Total Adjustments | | | -$1,702.55 |
| Adjusted Value | | | $15,513.06 |

Mitchell TotalLogic™

Page 3

| Loss Vehicle Adjustments: | 2005 Ford Escape Limited | | |
|---|---|---|---|
| | | Base Value: | $15,513.06 |// 

**Condition Adjustment** $30.23

| Overall Condition | 4.00 Very Good | | |
|---|---|---|---|
| Interior Condition | | Exterior Condition | |
| HEADLINER | 5 Excellent | PAINT | 4 Very Good |
| GLASS | 4 Very Good | BODY | 4 Very Good |
| DOORS/INTERIOR PANELS | 4 Very Good | TRIM | 4 Very Good |
| SEATS | 4 Very Good | VINYL/CONVERTIBLE TOP | Typical |
| CARPET | 4 Very Good | | |
| DASH/CONSOLE | 5 Excellent | | |
| Tire Condition | 3 Good | Mechanical Condition | |
| | | TRANSMISSION | 4 Very Good |
| | | ENGINE | 4 Very Good |

The vehicle condition documents the pre-loss condition of the loss vehicle. Condition is rated on a scale of 1 - 5, where 5 is excellent.

Comments: Very Clean Car

**After Market Parts**

| Category | Description | Adjustment Type | Adjustment Amount |
|---|---|---|---|
| ELECTRICAL | FACTORY PREMIUM SOUND SYSTEM | MANUAL | $150.00 |
| BODY | FACTORY MOON ROOF | MANUAL | $100.00 |
| OTHER | FACTORY LUGGAGE RACK | MANUAL | $100.00 |
| ELECTRICAL | FACTORY CD CHANGER | MANUAL | $100.00 |

Total Adjustments: $480.23
Market Value: $15,993.29

Mitchell **Total Logic**

Page 4

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | Loss Vehicle<br>2005 Ford Escape Limited<br>40,082 miles<br>BLACK<br>94124 | Comparable #1<br>2005 FORD ESCAPE LIMITED<br>35,358 miles<br>MEDIUM GRAY<br>94577<br>$16,690.00*<br>AVAILABLE | Comparable #2<br>2005 FORD ESCAPE LIMITED<br>33,212 miles<br>94577<br>$14,835.00*<br>AVAILABLE | Comparable #3<br>2005 FORD ESCAPE LIMITED<br>54,241 miles<br>MEDIUM SILVER<br>94019<br>$13,909.00*<br>AVAILABLE |
|---|---|---|---|---|
| Adjustments | | | | |
| Vehicle Type | Limited 4 Door Utility | $0.00 | $0.00 | $0.00 |
| Mileage | 40,082 miles | -$203.18 | -$367.00 | $540.96 |
| Equipment - Loss Vehicle | | | | |
| POWER DRIVER SEAT | ✓ | ✓ | ✓ | ✓ |
| POWER LOCK | ✓ | ✓ | ✓ | ✓ |
| FOG LIGHTS | ✓ | ✓ | ✓ | ✓ |
| LEATHER SEAT | ✓ | ✓ | ✓ | ✓ |
| REAR HEATING, VENTILATION & AIR CON | ✓ | ✓ | ✓ | ✓ |
| TILT STEERING COLUMN | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG | ✓ | ✓ | ✓ | ✓ |
| CRUISE CONTROL | ✓ | ✓ | ✓ | ✓ |
| REAR WINDOW DEFOGGER | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW FOLDING SEAT | ✓ | ✓ | ✓ | ✓ |
| KEYLESS ENTRY | ✓ | ✓ | ✓ | ✓ |
| MANUAL AIR CONDITION | ✓ | ✓ | ✓ | ✓ |
| FRONT AIR DAM | ✓ | ✓ | ✓ | ✓ |
| POWER STEERING | ✓ | ✓ | ✓ | ✓ |
| POWER ADJUSTABLE EXTERIOR MIRROR | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW SPLIT BENCH SEAT | ✓ | ✓ | ✓ | ✓ |
| PRIVACY GLASS | ✓ | ✓ | ✓ | ✓ |
| POWER WINDOW | ✓ | ✓ | ✓ | ✓ |
| TINTED GLASS | ✓ | ✓ | ✓ | ✓ |
| AM FM STEREO CD | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG CUTOFF SWITCH/S | ✓ | ✓ | ✓ | ✓ |
| TACHOMETER | ✓ | ✓ | ✓ | ✓ |
| ALUM/ALLOY WHEELS | ✓ | ✓ | ✓ | ✓ |
| FIRST ROW BUCKET SEAT | ✓ | ✓ | ✓ | ✓ |
| CD PLAYER | ✓ | ✓ | ✓ | ✓ |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ | ✓ | ✓ |
| POWER BRAKE | ✓ | ✓ | ✓ | ✓ |
| DRIVER SIDE AIRBAG | ✓ | ✓ | ✓ | ✓ |
| Equipment - Comparables | | | | |
| SUNROOF (POWER) | n/a | -$235.83 | -$254.06 | -$238.21 |

Mitchell **Total Logic**

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | | | | |
|---|---|---|---|---|
| POWER PASSENGER SEAT | n/a | -$111.62 | -$99.39 | -$93.19 |
| CD CHANGER | n/a | -$283.40 | -$251.90 | -$236.17 |
| PREMIUM SOUND SYSTEM | n/a | -$231.77 | -$206.01 | -$193.15 |
| Age of Ad Adjustment | | -$254.60 | -$141.44 | -$353.62 |
| Weighting Factor | | 14% | 14% | 14% |
| Price | | $16,690.00 | $14,835.00 | $13,909.00 |
| Total Adjustments | | -$1,370.60 | -$1,319.80 | -$573.38 |
| Adjusted Value | | $15,319.40 | $13,515.20 | $13,335.62 |

Local Market Comparable Analysis: 2005 Ford Escape Limited

|  | Loss Vehicle<br>2005 Ford Escape Limited<br>40,082 miles<br>BLACK<br>94124 | Comparable #4<br>2005 FORD ESCAPE LIMITED<br>20,236 miles<br>MEDIUM SILVER<br>94063<br>$17,600.00*<br>AVAILABLE | Comparable #5<br>2005 FORD ESCAPE LIMITED<br>32,293 miles<br>MEDIUM SILVER<br>94506<br>$18,500.00*<br>AVAILABLE | Comparable #6<br>2005 FORD ESCAPE LIMITED<br>35,165 miles<br>MEDIUM GRAY<br>94303<br>$17,608.00*<br>AVAILABLE |
|---|---|---|---|---|
| **Adjustments** | | | | |
| Vehicle Type | Limited 4 Door Utility | $0.00 | $0.00 | $0.00 |
| Mileage | 40,082 miles | -$1,368.78 | -$526.43 | -$295.05 |
| **Equipment - Loss Vehicle** | | | | |
| POWER DRIVER SEAT | ✓ | ✓ | ✓ | ✓ |
| POWER LOCK | ✓ | ✓ | ✓ | ✓ |
| FOG LIGHTS | ✓ | ✓ | ✓ | ✓ |
| LEATHER SEAT | ✓ | ✓ | ✓ | ✓ |
| REAR HEATING, VENTILATION & AIR CON | ✓ | ✓ | ✓ | ✓ |
| TILT STEERING COLUMN | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG | ✓ | ✓ | ✓ | ✓ |
| CRUISE CONTROL | ✓ | ✓ | ✓ | ✓ |
| REAR WINDOW DEFOGGER | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW FOLDING SEAT | ✓ | ✓ | ✓ | ✓ |
| KEYLESS ENTRY | ✓ | ✓ | ✓ | ✓ |
| MANUAL AIR CONDITION | ✓ | ✓ | ✓ | ✓ |
| FRONT AIR DAM | ✓ | ✓ | ✓ | ✓ |
| POWER STEERING | ✓ | ✓ | ✓ | ✓ |
| POWER ADJUSTABLE EXTERIOR MIRROR | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW SPLIT BENCH SEAT | ✓ | ✓ | ✓ | ✓ |
| PRIVACY GLASS | ✓ | ✓ | ✓ | ✓ |
| POWER WINDOW | ✓ | ✓ | ✓ | ✓ |
| TINTED GLASS | ✓ | ✓ | ✓ | ✓ |
| AM FM STEREO CD | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG CUTOFF SWITCH/S | ✓ | ✓ | ✓ | ✓ |
| TACHOMETER | ✓ | ✓ | ✓ | ✓ |
| ALUM/ALLOY WHEELS | ✓ | ✓ | ✓ | ✓ |
| FIRST ROW BUCKET SEAT | ✓ | ✓ | ✓ | ✓ |
| CD PLAYER | ✓ | ✓ | ✓ | ✓ |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ | ✓ | ✓ |
| POWER BRAKE | ✓ | ✓ | ✓ | ✓ |
| DRIVER SIDE AIRBAG | ✓ | ✓ | ✓ | ✓ |
| **Equipment - Comparables** | | | | |
| SUNROOF (POWER) | n/a | -$301.42 | -$317.60 | -$301.55 |

Mitchell
**Total Logic**

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | | | | |
|---|---|---|---|---|
| POWER PASSENGER SEAT | n/a | -$117.92 | -$124.25 | -$117.97 |
| CD CHANGER | n/a | -$298.85 | -$314.89 | -$298.98 |
| PREMIUM SOUND SYSTEM | n/a | -$244.41 | -$257.53 | -$244.52 |
| Age of Ad Adjustment | | -$369.16 | -$194.49 | -$167.87 |
| Weighting Factor | | 14% | 14% | 14% |
| Price | | $17,600.00 | $18,545.00 | $17,608.00 |
| Total Adjustments | | -$2,700.54 | -$1,737.19 | -$1,425.94 |
| Adjusted Value | | $14,899.46 | $16,807.81 | $16,182.06 |

Mitchell
**TotalLogic**

Page 8

Local Market Comparable Analysis: 2005 Ford Escape Limited

|  | Loss Vehicle<br>2005 Ford Escape Limited<br>40,082 miles<br>BLACK<br>94124 | Comparable #7<br>2005 FORD ESCAPE LIMITED<br>20,852 miles<br><br>95136<br>$21,324.00*<br>AVAILABLE |
|---|---|---|
| **Adjustments** | | |
| Vehicle Type | Limited 4 Door Utility | $0.00 |
| Mileage | 40,082 miles | -$1,604.71 |
| **Equipment - Loss Vehicle** | | |
| POWER DRIVER SEAT | ✓ | ✓ |
| POWER LOCK | ✓ | ✓ |
| FOG LIGHTS | ✓ | ✓ |
| LEATHER SEAT | ✓ | ✓ |
| REAR HEATING, VENTILATION & AIR CON | ✓ | ✓ |
| TILT STEERING COLUMN | ✓ | ✓ |
| PASSENGER AIRBAG | ✓ | ✓ |
| CRUISE CONTROL | ✓ | ✓ |
| REAR WINDOW DEFOGGER | ✓ | ✓ |
| SECOND ROW FOLDING SEAT | ✓ | ✓ |
| KEYLESS ENTRY | ✓ | ✓ |
| MANUAL AIR CONDITION | ✓ | ✓ |
| FRONT AIR DAM | ✓ | ✓ |
| POWER STEERING | ✓ | ✓ |
| POWER ADJUSTABLE EXTERIOR MIRROR | ✓ | ✓ |
| SECOND ROW SPLIT BENCH SEAT | ✓ | ✓ |
| PRIVACY GLASS | ✓ | ✓ |
| POWER WINDOW | ✓ | ✓ |
| TINTED GLASS | ✓ | ✓ |
| AM FM STEREO CD | ✓ | ✓ |
| PASSENGER AIRBAG CUTOFF SWITCH/S | ✓ | ✓ |
| TACHOMETER | ✓ | ✓ |
| ALUM/ALLOY WHEELS | ✓ | ✓ |
| FIRST ROW BUCKET SEAT | ✓ | ✓ |
| CD PLAYER | ✓ | ✓ |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ |
| POWER BRAKE | ✓ | ✓ |
| DRIVER SIDE AIRBAG | ✓ | ✓ |
| **Equipment - Comparables** | | |
| SUNROOF (POWER) | n/a | -$365.19 |

Mitchell **Total Logic**™

Page 9

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | | |
|---|---|---|
| POWER PASSENGER SEAT | n/a | -$142.87 |
| CD CHANGER | n/a | -$362.08 |
| PREMIUM SOUND SYSTEM | n/a | -$296.13 |
| Age of Ad Adjustment | | -$20.33 |
| Weighting Factor | | 14% |
| Price | | $21,324.00 |
| Total Adjustments | | -$2,791.31 |
| Adjusted Value | | $18,532.69 |

Base Value: $15,513.06

• For comparable vehicles that are available, the price listed reflects a projected sales price. The projected sales price for which the vehicle is projected to sell for based on analyzing sold vehicle data for that specific year, make, model vehicle

✓ Vehicle is equipped with specified equipment.

✗ Vehicle is not equipped with the specified equipment.

Age of Ad Adjustment: An adjustment made to advertised vehicles based on the difference between the ad publication date and the loss date.

Local Market Average: A vehicle representing the weighted average derived from all comparable vehicles used in the valuation.

Establishing Base Value: When calculating the Base Value, adjustments are made for differences in vehicle type, odometer and equipment between the loss vehicle and comparable vehicles. Only the vehicles shown in this report were used to determine the Base Value.

Market Value: The market value is calculated by comparing the loss vehicle to comparable vehicles recently sold or available in the loss vehicle local area. The appropriate adjustments for differences between the vehicles have been made to establish market value.

Mileage Adjustment: When adjusting for odometer variance, a positive adjustment is made to a comparable vehicle with a higher odometer reading than the loss vehicle because it would be worth more if it had fewer miles. Likewise, a negative adjustment is made to a comparable vehicle with a lower odometer reading.

Vehicle Type Adjustment: The Vehicle Type Adjustment may include differences in submodel, body style, engine, and drive train between the loss and comparable vehicles.

Weighting Factor: Percentages may not sum to 100% due to rounding.

**Comparable Vehicle Details:**   2005 Ford Escape Limited

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 1 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMYU04145KA83868<br>329434<br>License Plate N/A | 36,358 | FRANCHISE WEB LISTING - CARS.COM<br>877-428-3700 | 03/10/2007 | 94577 | $17,998.00 LIST PRICE |

ADDRESS:
1111 MARINA BLVD
null
SAN LEANDRO,CA- 94577

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 2 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMCU04125KC10515<br>329435<br>License Plate N/A | 33,212 | FRANCHISE WEB LISTING - CARS.COM<br>877-428-3700 | 03/28/2007 | 94577 | $15,998.00 LIST PRICE |

ADDRESS:
1111 MARINA BLVD
null
SAN LEANDRO,CA- 94577

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 3 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMCU04115KA23265<br>8468A<br>License Plate N/A | 54,241 | FRANCHISE WEB LISTING - CARS.COM<br>650-726-4496 | 02/06/2007 | 94019 | $14,999.00 LIST PRICE |

ADDRESS:
100 SEYMOUR
HALF MOON BAY,CA- 94019

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 4 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMYU04185KB62377<br>6090<br>License Plate N/A | 20,236 | FRANCHISE WEB LISTING - CARS.COM<br>650-562-2264 | 02/20/2007 | 94063 | $18,979.00 LIST PRICE |

Mitchell
**Total Logic**

**Comparable Vehicle Details:   2005 Ford Escape Limited**

ADDRESS:
1601 EL CAMINO REAL
REDWOOD CITY,CA- 94063

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 5 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMCU04125KB62319<br>2108<br>License Plate N/A | 32,293 | FRANCHISE WEB LISTING - CARS.COM<br>925-932-2900 | 03/25/2007 | 94596 | $19,998.00 LIST PRICE |

ADDRESS:
1800 N. MAIN ST.
WALNUT CREEK,CA- 94596

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 6 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMCU04115KB95411<br>57332A<br>License Plate N/A | 35,165 | FRANCHISE WEB LISTING - CARS.COM<br>888-791-2222 | 03/28/2007 | 94303 | $18,988.00 LIST PRICE |

ADDRESS:
1766 EMBARCADERO RD.
PALO ALTO,CA- 94303

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 7 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMYU04155KE23948<br>P4351<br>License Plate N/A | 20,852 | FRANCHISE WEB LISTING - CARS.COM<br>408-781-5305 | 04/24/2007 | 95136 | $22,995.00 LIST PRICE |

ADDRESS:
919 W CAPITOL EXPRESSWAY AUTO MALL
null
SAN JOSE,CA- 95136

Mitchel
**Total Logic**

| Comparable Vehicle Details: | 2005 Ford Escape Limited |
|---|---|

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)