David M. Birka-White; (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 08-01365 CW<br><br>**DECLARATION OF BENJAMIN SANCHEZ, JR. IN OPPOSITION TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL**<br><br>JUDGE: Claudia Wilken<br>DATE: May 22, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 2, 2nd Floor |

I, BENJAMIN SANCHEZ, JR., hereby declare as follows:

1. I make this declaration of my own personal knowledge. If called upon to testify as to the matters contained herein, I could and would competently testify thereto.

2. I submit this Declaration in Opposition to State Farm's Motion to Compel Contractual Appraisal and for Stay Pending Appraisal.

3. I am an automobile appraiser with twenty-five years of experience. I was employed as an Automobile Appraiser at State Farm Insurance Company, in Los Angeles, California, from approximately 1985 until 1988. I was employed as an Automobile Appraiser, at

1  Stonewall Insurance Company, in Los Angeles, California, from 1991 until 1996. Also, between
2  1991 until 1996, I was employed as a Senior Automobile Appraiser, at Diversified Auto
3  Consultants, in Arcadia, California. From 1996 until 2002, I was employed as a Material Damage
4  Field Supervisor, at Coast National Insurance Company, in Los Angeles, California. Since 2002, I
5  have owned and operated an independent appraiser service called Auto Claims Consultant.

6      4.    I have reviewed and considered the May 4, 2007 Mitchell Total Logic Valuation
7  ("Mitchell Valuation" or "Valuation") regarding the 2005 Ford Escape owned by Plaintiff,
8  Arnesha Garner. Attached as Exhibit A is a true and correct copy of the May 4, 2007 Mitchell
9  Valuation.

10      5.    The Mitchell Valuation places a "Market Value" on the 2005 Ford Escape of
11  $15,993.29. (Exhibit A at 1.)

12      6.    The Mitchell Valuation of the Garner vehicle is not based on the "Asking Price" or
13  the "Actual Sale Price" of comparable vehicles.

14      7.    The Mitchell Valuation is based on the projected sales price of comparable
15  vehicles, a value generated by Mitchell.

16      8.    The Mitchell Valuation for the Garner vehicle references seven (7) comparable
17  vehicles. Each comparable vehicle has the seller's asking price for the vehicle, which Mitchell
18  refers to as "List Price." The "List Prices" can only be found at the end of the Valuation. (Exhibit
19  A at 11-12.)

20      9.    In each case, the "List Price" or "asking price" of each comparable vehicle has
21  been reduced by almost exactly 7.26% to arrive at a projected sales price.

22      10.    For example, Comparable 1 on page 11 of the Report shows a "List Price" of
23  $17,998. The price of Comparable 1 on pages 5 and 6 of the Report, however, is $16,690, which
24  is 7.27% less than the $17,998 "List Price".

25      11.    A summary of the differences in value between the "List Price" and projected sales
26  price is as follows:

27  ///
28  ///

| Comparable | List Price | Projected Sales Price | Difference Between List and Projected Price | Percent of Reduction |
|---|---|---|---|---|
| 1 | $17,998 | $16,690 | $1,308 | 7.27 |
| 2 | $15,998 | $14,835 | $1,163 | 7.27 |
| 3 | $14,999 | $13,909 | $1,090 | 7.27 |
| 4 | $18,979 | $17,600 | $1,379 | 7.27 |
| 5 | $19,998 | $18,546 | $1,452 | 7.26 |
| 6 | $18,986 | $17,608 | $1,378 | 7.26 |
| 7 | $22,995 | $21,324 | $1,671 | 7.27 |
| **Averages:** | $18,564 | $17,216 | $1,349 | 7.26 |

12. The Mitchell Valuation contains a considerable amount of data in three tables and a set of footnotes spread over 13 pages. The Report does not explain how the information is used or how the various tables relate to each other. The Report is also presented in a manner that is difficult to read. Even a professional appraiser would have a difficult time to follow or understand the formatting and content of the report.

13. The fact that the "Projected Sales Price" is not an "Asking Price" or the "Actual Sale Price" of comparable vehicles is not explained.

14. The use by Mitchell of a projected sales price can be discovered only if the reader sees that the price values on pages 5 through 8 of the Valuation are asterisked. The asterisk corresponds to a footnote in very small type, which appears only once on page 10 of the Valuation.

15. The asterisk footnote states: "For comparable vehicles that are available, the price listed reflects a projected sales price. The projected sales prices for which the vehicle is projected to sell for based on analyzing sold vehicle data for that specific year, make, model vehicle."

16. The second sentence of the footnote, which explains "Projected Sales Price", is incomprehensible.

17. There is no explanation of how the projected sales price relates to the "List Price" or even that there is a "List Price" for each vehicle. The fact that every projected sales price is approximately 7.26% less than the list price suggests strongly that the projected sales price is simply a percentage of the "List Price."

18.    Mitchell also deducts from the value of a comparable vehicle an amount which purportedly reflects a decline in value between the date on which the comparable vehicle was advertised for sale and the date of the loss of the Loss Vehicle (the "Ad Age Adjustment"), which results in a further deduction of $241 from the value of the comparable vehicle.

19.    I have reviewed the appraisal clause of the State Farm policy of insurance relating to Arnesha Garner. Each party selects an appraiser. These two select a third appraiser.

20.    The typical cost for a vehicle appraisal of this type is approximately $500.00 plus any added expenses related to travel, mileage, etc.

21.    The typical cost of a third appraiser would be $300-500.00. This cost would be split between the parties.

22.    A reasonable projected cost to the insured exercising their appraisal provision would be in the approximate range of $800 to $1,000.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct and that this declaration was executed on this ~~30th day of April~~ 2008, in San Francisco, California.    May 1st, 2008

BENJAMIN SANCHEZ, JR.

- 4 -
DECLARATION OF BENJAMIN SANCHEZ, JR. IN OPPOSITION TO STATE FARM'S MOTION TO DISMISS AND MOTION FOR A STAY PENDING APPRAISAL

# Exhibit A

J.D. POWER AND ASSOCIATES
*Power Information Network*



# Total Logic™ Valuation

PREPARED FOR:
State Farm Insurance
(888) 759-9034

## Claim Summary: 05-5395-790-01

| | |
|---|---|
| Insurance Carrier: | State Farm Insurance |
| Claim Suffix-ID: | 05-5395-790-01 |
| Policy Number: | |
| Owner: | Garner, Arnesha |

| | |
|---|---|
| Loss Type: | COLLISION |
| Loss Date: | 04/27/2007 |
| Reported Date: | |
| Valuation Report Date: | 05/04/2007 13:54:40 |
| Valuation Report ID: | 91410 |

## Valuation Summary: 2005 Ford Escape Limited

| | |
|---|---|
| Loss Vehicle: | 2005 Ford Escape Limited 4 Door Utility 3.0L 6 Cyl Gas Injected 2WD |
| Location: | CA 94124 |
| License Plate: | 5MNY427, California, Exp. 03/2008 |

| | |
|---|---|
| VIN: | 1FMYU04155KB19440 |
| Mileage: | 40,082 miles |
| Exterior Color: | BLACK |

Equipment:

| | |
|---|---|
| ALUM/ALLOY WHEELS | AM FM STEREO CD |
| ANTI-LOCK BRAKE SYS. | CD PLAYER |
| CRUISE CONTROL | DRIVER SIDE AIRBAG |
| FIRST ROW BUCKET SEAT | FOG LIGHTS |
| FRONT AIR DAM | KEYLESS ENTRY |
| LEATHER SEAT | MANUAL AIR CONDITION |
| PASSENGER AIRBAG | PASSENGER AIRBAG CUTOFF SWITCH/SENSOR |
| POWER ADJUSTABLE EXTERIOR MIRROR | POWER BRAKE |
| POWER DRIVER SEAT | POWER LOCK |
| POWER STEERING | POWER WINDOW |
| PRIVACY GLASS | REAR HEATING, VENTILATION & AIR CONDITIONING |
| REAR WINDOW DEFOGGER | SECOND ROW FOLDING SEAT |
| SECOND ROW SPLIT BENCH SEAT | TACHOMETER |
| TILT STEERING COLUMN | TINTED GLASS |

| | |
|---|---|
| Base Value: | $15,513.06 |
| Condition Adjustment: | $30.23 |
| Aftermarket Parts Adjustment: | $450.00 |
| Refurbishment Adjustment: | $0.00 |
| Prior Damage Adjustment: | $0.00 |
| Market Value: | $15,993.29 |
| (8.500 %) Tax: | $1,359.43 |
| Final Value: | $17,352.72 |

Valuation Notes:

Mitchell
**Total Logic**

F. LOFRANO & SON, INC   B3EG05BE

Vehicle location (Salvage yard, residence, etc.) F. Lafrono and Son
The Stock number 3668
Storage amount per day, starting on mm/dd/yy. no
Towing amount $270.00
Driveable (yes or no.) no
Keys with the vehicle (yes or no) yes

Local Market Valuation: 2005 Ford Escape Limited

|  | Loss Vehicle<br>2005 Ford Escape Limited<br>CA 94124 | Local Market Average<br>2005 FORD ESCAPE<br>$17,215.61 |  |
|---|---|---|---|
| **Equipment** | | | **Adjustments** |
| ALUM/ALLOY WHEELS | ✓ | ✓ | $0.00 |
| POWER DRIVER SEAT | ✓ | ✓ | $0.00 |
| LEATHER SEAT | ✓ | ✓ | $0.00 |
| MANUAL AIR CONDITION | ✓ | ✓ | $0.00 |
| POWER WINDOW | ✓ | ✓ | $0.00 |
| POWER LOCK | ✓ | ✓ | $0.00 |
| CD PLAYER | ✓ | ✓ | $0.00 |
| CRUISE CONTROL | ✓ | ✓ | $0.00 |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ | $0.00 |
| SECOND ROW FOLDING SEAT | ✓ | ✓ | $0.00 |
| POWER ADJUSTABLE EXTERIOR | ✓ | ✓ | $0.00 |
| TACHOMETER | ✓ | ✓ | $0.00 |
| FRONT AIR DAM | ✓ | ✓ | $0.00 |
| PASSENGER AIRBAG | ✓ | ✓ | $0.00 |
| PASSENGER AIRBAG CUTOFF S | ✓ | ✓ | $0.00 |
| POWER BRAKE | ✓ | ✓ | $0.00 |
| SECOND ROW SPLIT BENCH SE | ✓ | ✓ | $0.00 |
| TILT STEERING COLUMN | ✓ | ✓ | $0.00 |
| PRIVACY GLASS | ✓ | ✓ | $0.00 |
| REAR WINDOW DEFOGGER | ✓ | ✓ | $0.00 |
| KEYLESS ENTRY | ✓ | ✓ | $0.00 |
| REAR HEATING, VENTILATION & | ✓ | ✓ | $0.00 |
| POWER STEERING | ✓ | ✓ | $0.00 |
| FOG LIGHTS | ✓ | ✓ | $0.00 |
| DRIVER SIDE AIRBAG | ✓ | ✓ | $0.00 |
| AM FM STEREO CD | ✓ | ✓ | $0.00 |
| FIRST ROW BUCKET SEAT | ✓ | ✓ | $0.00 |
| TINTED GLASS | ✓ | ✓ | $0.00 |
| SUNROOF (POWER) | ✗ | ✓ | -$294.83 |
| POWER PASSENGER SEAT | ✗ | ✓ | -$115.34 |
| CD CHANGER | ✗ | ✓ | -$292.32 |
| PREMIUM SOUND SYSTEM | ✗ | ✓ | -$239.06 |
| Vehicle Type | | ✗ | $0.00 |
| Mileage | 40,082 miles | 33,196 miles | -$546.49 |
| Age of Ad Adjustment | | | -$214.51 |
| Price | | | $17,215.6 |
| Total Adjustments | | | -$1,702.55 |
| Adjusted Value | | | $15,513.06 |

Mitchell
**Total Logic**

Page 3

Loss Vehicle Adjustments:            2005 Ford Escape Limited

Base Value: $15,513.06

### Condition Adjustment

$30.23

| Overall Condition | 4.00 Very Good | | |
|---|---|---|---|
| Interior Condition | | Exterior Condition | |
| HEADLINER | 5 Excellent | PAINT | 4 Very Good |
| GLASS | 4 Very Good | BODY | 4 Very Good |
| DOORS/INTERIOR PANELS | 4 Very Good | TRIM | 4 Very Good |
| SEATS | 4 Very Good | VINYL/CONVERTIBLE TOP | Typical |
| CARPET | 4 Very Good | | |
| DASH/CONSOLE | 5 Excellent | | |
| Tire Condition | 3 Good | Mechanical Condition | |
| | | TRANSMISSION | 4 Very Good |
| | | ENGINE | 4 Very Good |

The vehicle condition documents the pre-loss condition of the loss vehicle. Condition is rated on a scale of 1 - 5, where 5 is excellent.

Comments: Very Clean Car

### After Market Parts

| Category | Description | Adjustment Type | Adjustment Amount |
|---|---|---|---|
| ELECTRICAL | FACTORY PREMIUM SOUND SYSTEM | MANUAL | $150.00 |
| BODY | FACTORY MOON ROOF | MANUAL | $100.00 |
| OTHER | FACTORY LUGGAGE RACK | MANUAL | $100.00 |
| ELECTRICAL | FACTORY CD CHANGER | MANUAL | $100.00 |

Total Adjustments: $480.23
Market Value: $15,993.29

Mitchell
**Total Logic**

Local Market Comparable Analysis: 2005 Ford Escape Limited

|  | Loss Vehicle<br>2005 Ford Escape Limited<br>40,082 miles<br>BLACK<br>94124 | Comparable #1<br>2005 FORD ESCAPE LIMITED<br>36,358 miles<br>MEDIUM GRAY<br>94577<br>$16,690.00*<br>AVAILABLE | Comparable #2<br>2005 FORD ESCAPE LIMITED<br>33,212 miles<br>94577<br>$14,835.00*<br>AVAILABLE | Comparable #3<br>2005 FORD ESCAPE LIMITED<br>54,241 miles<br>MEDIUM SILVER<br>94019<br>$13,909.00*<br>AVAILABLE |
|---|---|---|---|---|
| **Adjustments** | | | | |
| Vehicle Type | Limited 4 Door Utility | $0.00 | $0.00 | $0.00 |
| Mileage | 40,082 miles | -$203.18 | -$367.00 | $540.96 |
| **Equipment - Loss Vehicle** | | | | |
| POWER DRIVER SEAT | ✓ | ✓ | ✓ | ✓ |
| POWER LOCK | ✓ | ✓ | ✓ | ✓ |
| FOG LIGHTS | ✓ | ✓ | ✓ | ✓ |
| LEATHER SEAT | ✓ | ✓ | ✓ | ✓ |
| REAR HEATING, VENTILATION & AIR CON | ✓ | ✓ | ✓ | ✓ |
| TILT STEERING COLUMN | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG | ✓ | ✓ | ✓ | ✓ |
| CRUISE CONTROL | ✓ | ✓ | ✓ | ✓ |
| REAR WINDOW DEFOGGER | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW FOLDING SEAT | ✓ | ✓ | ✓ | ✓ |
| KEYLESS ENTRY | ✓ | ✓ | ✓ | ✓ |
| MANUAL AIR CONDITION | ✓ | ✓ | ✓ | ✓ |
| FRONT AIR DAM | ✓ | ✓ | ✓ | ✓ |
| POWER STEERING | ✓ | ✓ | ✓ | ✓ |
| POWER ADJUSTABLE EXTERIOR MIRROR | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW SPLIT BENCH SEAT | ✓ | ✓ | ✓ | ✓ |
| PRIVACY GLASS | ✓ | ✓ | ✓ | ✓ |
| POWER WINDOW | ✓ | ✓ | ✓ | ✓ |
| TINTED GLASS | ✓ | ✓ | ✓ | ✓ |
| AM FM STEREO CD | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG CUTOFF SWITCH/S | ✓ | ✓ | ✓ | ✓ |
| TACHOMETER | ✓ | ✓ | ✓ | ✓ |
| ALUM/ALLOY WHEELS | ✓ | ✓ | ✓ | ✓ |
| FIRST ROW BUCKET SEAT | ✓ | ✓ | ✓ | ✓ |
| CD PLAYER | ✓ | ✓ | ✓ | ✓ |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ | ✓ | ✓ |
| POWER BRAKE | ✓ | ✓ | ✓ | ✓ |
| DRIVER SIDE AIRBAG | ✓ | ✓ | ✓ | ✓ |
| **Equipment - Comparables** | | | | |
| SUNROOF (POWER) | n/a | -$235.83 | -$254.06 | -$238.21 |

Mitchell **Total Logic**

Page 5

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | | | | |
|---|---|---|---|---|
| POWER PASSENGER SEAT | n/a | -$111.82 | -$99.39 | -$93.19 |
| CD CHANGER | n/a | -$283.40 | -$251.90 | -$236.17 |
| PREMIUM SOUND SYSTEM | n/a | -$231.77 | -$206.01 | -$193.15 |
| Age of Ad Adjustment | | -$256.60 | -$141.44 | -$353.62 |
| Weighting Factor | | 14% | 14% | 14% |
| Price | | $16,690.00 | $14,835.00 | $13,909.00 |
| Total Adjustments | | -$1,371.60 | -$1,319.80 | -$573.38 |
| Adjusted Value | | $15,319.40 | $13,515.20 | $13,335.62 |

Mitchell
Total Logic

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | Loss Vehicle | Comparable #4 | Comparable #5 | Comparable #6 |
|---|---|---|---|---|
| | 2005 Ford Escape Limited | 2005 FORD ESCAPE LIMITED | 2005 FORD ESCAPE LIMITED | 2005 FORD ESCAPE LIMITED |
| | 40,082 miles | 20,236 miles | 32,293 miles | 35,165 miles |
| | BLACK | MEDIUM SILVER | MEDIUM SILVER | MEDIUM GRAY |
| | 94124 | 94063 | 94506 | 94303 |
| | | $17,600.00* | $18,595.00* | $17,608.00* |
| | | AVAILABLE | AVAILABLE | AVAILABLE |
| **Adjustments** | | | | |
| Vehicle Type | Limited 4 Door Utility | $0.00 | $0.00 | $0.00 |
| Mileage | 40,082 miles | -$1,358.78 | -$526.43 | -$295.05 |
| **Equipment - Loss Vehicle** | | | | |
| POWER DRIVER SEAT | ✓ | ✓ | ✓ | ✓ |
| POWER LOCK | ✓ | ✓ | ✓ | ✓ |
| FOG LIGHTS | ✓ | ✓ | ✓ | ✓ |
| LEATHER SEAT | ✓ | ✓ | ✓ | ✓ |
| REAR HEATING, VENTILATION & AIR CON | ✓ | ✓ | ✓ | ✓ |
| TILT STEERING COLUMN | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG | ✓ | ✓ | ✓ | ✓ |
| CRUISE CONTROL | ✓ | ✓ | ✓ | ✓ |
| REAR WINDOW DEFOGGER | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW FOLDING SEAT | ✓ | ✓ | ✓ | ✓ |
| KEYLESS ENTRY | ✓ | ✓ | ✓ | ✓ |
| MANUAL AIR CONDITION | ✓ | ✓ | ✓ | ✓ |
| FRONT AIR CAM | ✓ | ✓ | ✓ | ✓ |
| POWER STEERING | ✓ | ✓ | ✓ | ✓ |
| POWER ADJUSTABLE EXTERIOR MIRROR | ✓ | ✓ | ✓ | ✓ |
| SECOND ROW SPLIT BENCH SEAT | ✓ | ✓ | ✓ | ✓ |
| PRIVACY GLASS | ✓ | ✓ | ✓ | ✓ |
| POWER WINDOW | ✓ | ✓ | ✓ | ✓ |
| TINTED GLASS | ✓ | ✓ | ✓ | ✓ |
| AM FM STEREO CD | ✓ | ✓ | ✓ | ✓ |
| PASSENGER AIRBAG CUTOFF SWITCH/S | ✓ | ✓ | ✓ | ✓ |
| TACHOMETER | ✓ | ✓ | ✓ | ✓ |
| ALUM/ALLOY WHEELS | ✓ | ✓ | ✓ | ✓ |
| FIRST ROW BUCKET SEAT | ✓ | ✓ | ✓ | ✓ |
| CD PLAYER | ✓ | ✓ | ✓ | ✓ |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ | ✓ | ✓ |
| POWER BRAKE | ✓ | ✓ | ✓ | ✓ |
| DRIVER SIDE AIRBAG | ✓ | ✓ | ✓ | ✓ |
| **Equipment - Comparables** | | | | |
| SUNROOF (POWER) | n/a | -$301.42 | -$317.60 | -$301.55 |

Mitchell
**Total Logic**

Page 7

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | | | | |
|---|---|---|---|---|
| POWER PASSENGER SEAT | n/a | -$117.92 | -$124.25 | -$117.97 |
| CD CHANGER | n/a | -$298.85 | -$314.89 | -$298.98 |
| PREMIUM SOUND SYSTEM | n/a | -$244.41 | -$257.53 | -$244.52 |
| Age of Ad Adjustment | | -$389.16 | -$194.49 | -$167.87 |
| Weighting Factor | | 14% | 14% | 14% |
| Price | | $17,600.00 | $18,545.00 | $17,608.00 |
| Total Adjustments | | -$2,700.54 | -$1,737.19 | -$1,425.94 |
| Adjusted Value | | $14,899.46 | $16,807.81 | $16,182.06 |

Mitchell
Total Logic™

Page 8

Local Market Comparable Analysis: 2005 Ford Escape Limited

|  | Loss Vehicle<br>2005 Ford Escape Limited<br>40,082 miles<br>BLACK<br>94124 | Comparable #7<br>2005 FORD ESCAPE LIMITED<br>20,852 miles<br><br>95136<br>$21,324.30*<br>AVAILABLE |
|---|---|---|
| **Adjustments** | | |
| Vehicle Type | Limited 4 Door Utility | $0.00 |
| Mileage | 40,082 miles | -$1,604.71 |
| **Equipment - Loss Vehicle** | | |
| POWER DRIVER SEAT | ✓ | ✓ |
| POWER LOCK | ✓ | ✓ |
| FOG LIGHTS | ✓ | ✓ |
| LEATHER SEAT | ✓ | ✓ |
| REAR HEATING, VENTILATION & AIR CON | ✓ | ✓ |
| TILT STEERING COLUMN | ✓ | ✓ |
| PASSENGER AIRBAG | ✓ | ✓ |
| CRUISE CONTROL | ✓ | ✓ |
| REAR WINDOW DEFOGGER | ✓ | ✓ |
| SECOND ROW FOLDING SEAT | ✓ | ✓ |
| KEYLESS ENTRY | ✓ | ✓ |
| MANUAL AIR CONDITION | ✓ | ✓ |
| FRONT AIR DAM | ✓ | ✓ |
| POWER STEERING | ✓ | ✓ |
| POWER ADJUSTABLE EXTERIOR MIRROR | ✓ | ✓ |
| SECOND ROW SPLIT BENCH SEAT | ✓ | ✓ |
| PRIVACY GLASS | ✓ | ✓ |
| POWER WINDOW | ✓ | ✓ |
| TINTED GLASS | ✓ | ✓ |
| AM FM STEREO CD | ✓ | ✓ |
| PASSENGER AIRBAG CUTOFF SWITCH/S | ✓ | ✓ |
| TACHOMETER | ✓ | ✓ |
| ALUM/ALLOY WHEELS | ✓ | ✓ |
| FIRST ROW BUCKET SEAT | ✓ | ✓ |
| CD PLAYER | ✓ | ✓ |
| ANTI-LOCK BRAKE SYS. | ✓ | ✓ |
| POWER BRAKE | ✓ | ✓ |
| DRIVER SIDE AIRBAG | ✓ | ✓ |
| **Equipment - Comparables** | | |
| SUNROOF (POWER) | n/a | -$365.19 |

Mitchell **Total Logic**

Page 9

Local Market Comparable Analysis: 2005 Ford Escape Limited

| | | |
|---|---|---|
| POWER PASSENGER SEAT | n/a | -$142.87 |
| CD CHANGER | n/a | -$362.08 |
| PREMIUM SOUND SYSTEM | n/a | -$295.13 |
| Age of Ad Adjustment | | -$20.33 |
| Weighting Factor | | 14% |
| Price | | $21,324.00 |
| Total Adjustments | | -$2,791.31 |
| Adjusted Value | | $18,532.69 |

Base Value: $15,513.06

- For comparable vehicles that are available, the price listed reflects a projected sales price. The projected sales prices for which the vehicle is projected to sell for based on analyzing sold vehicle data for that specific year, make, model vehicle.

✓ Vehicle is equipped with specified equipment.

✗ Vehicle is not equipped with the specified equipment.

Age of Ad Adjustment: An adjustment made to advertised vehicles based on the difference between the ad publication date and the loss date.

Local Market Average: A vehicle representing the weighted average derived from all comparable vehicles used in the valuation.

Establishing Base Value: When calculating the Base Value, adjustments are made for differences in vehicle type, odometer and equipment between the loss vehicle and comparable vehicles. Only the vehicles shown in this report were used to determine the Base Value.

Market Value: The market value is calculated by comparing the loss vehicle to comparable vehicles recently sold or available in the loss vehicle local area. The appropriate adjustments for differences between the vehicles have been made to establish market value.

Mileage Adjustment: When adjusting for odometer variance, a positive adjustment is made to a comparable vehicle with a higher odometer reading than the loss vehicle because it would be worth more if it had fewer miles. Likewise, a negative adjustment is made to a comparable vehicle with a lower odometer reading.

Vehicle Type Adjustment: The Vehicle Type Adjustment may include differences in submodel, body style, engine, and drive train between the loss and comparable vehicles.

Weighting Factor: Percentages may not sum to 100% due to rounding.

Mitchell
Total Logic™

**Comparable Vehicle Details:   2005 Ford Escape Limited**

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 1 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMYU04145KA83868<br>329434<br>License Plate N/A | 36,358 | FRANCHISE WEB LISTING - CARS.COM<br>877-428-3700 | 03/10/2007 | 94577 | $17,998.00 LIST PRICE |

ADDRESS:
1111 MARINA BLVD
null
SAN LEANDRO,CA- 94577

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 2 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMCU04125KC10515<br>329435<br>License Plate N/A | 33,212 | FRANCHISE WEB LISTING - CARS.COM<br>877-428-3700 | 03/28/2007 | 94577 | $16,998.00 LIST PRICE |

ADDRESS:
1111 MARINA BLVD
null
SAN LEANDRO,CA- 94577

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 3 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMCU04115KA23265<br>8468A<br>License Plate N/A | 54,241 | FRANCHISE WEB LISTING - CARS.COM<br>650-726-4496 | 02/06/2007 | 94019 | $14,998.00 LIST PRICE |

ADDRESS:
100 SEYMOUR
HALF MOON BAY,CA- 94019

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 4 | 2005 FORD ESCAPE LIMITED<br>4D SUV 6 3 NORMAL GAS A 2WD | 1FMYU04185KB62377<br>6090<br>License Plate N/A | 20,236 | FRANCHISE WEB LISTING - CARS.COM<br>650-562-2254 | 02/20/2007 | 94063 | $18,979.00 LIST PRICE |

Mitchell
**Total Logic**

Comparable Vehicle Details:   2005 Ford Escape Limited

ADDRESS:
1601 EL CAMINO REAL
REDWOOD CITY,CA- 94063

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 5 | 2005 FORD ESCAPE LIMITED 4D SUV I3 NORMAL GAS A 2WD | 1FMCU04125KB82319 2108 License Plate N/A | 32,293 | FRANCHISE WEB LISTING - CARS.COM 925-932-2900 | 03/25/2007 | 94596 | $19,998.00 LIST PRICE |

ADDRESS:
1800 N. MAIN ST.
WALNUT CREEK,CA- 94596

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 6 | 2005 FORD ESCAPE LIMITED 4D SUV I3 NORMAL GAS A 2WD | 1FMCU04115KB95411 57332A License Plate N/A | 35,165 | FRANCHISE WEB LISTING - CARS.COM 868-791-2222 | 03/28/2007 | 94303 | $18,988.00 LIST PRICE |

ADDRESS:
1766 EMBARCADERO RD.
PALO ALTO,CA- 94303

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)

| Comp | Vehicle | VIN/StockNo./LicensePlate | Mileage | Seller Type/Contact | Listing Date | ZIP | Price |
|---|---|---|---|---|---|---|---|
| 7 | 2005 FORD ESCAPE LIMITED 4D SUV I3 NORMAL GAS A 2WD | 1FMYU04155KE23948 P4351 License Plate N/A | 20,852 | FRANCHISE WEB LISTING - CARS.COM 408-781-5305 | 04/24/2007 | 95136 | $22,995.00 LIST PRICE |

ADDRESS:
919 W CAPITOL EXPRESSWAY AUTO MALL
null
SAN JOSE,CA- 95136

Mitchell Total Logic

**Comparable Vehicle Details:**   2005 Ford Escape Limited

EQUIPMENT: ALUM/ALLOY WHEELS, AM FM STEREO CD, ANTI-LOCK BRAKE SYS., CD PLAYER, CRUISE CONTROL, DRIVER SIDE AIRBAG, FIRST ROW BUCKET SEAT, FOG LIGHTS, FRONT AIR DAM, KEYLESS ENTRY, LEATHER SEAT, MANUAL AIR CONDITION, PASSENGER AIRBAG, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, POWER ADJUSTABLE EXTERIOR MIRROR, POWER BRAKE, POWER DRIVER SEAT, POWER LOCK, POWER STEERING, POWER WINDOW, PRIVACY GLASS, REAR HEATING, VENTILATION & AIR CONDITIONING, REAR WINDOW DEFOGGER, SECOND ROW FOLDING SEAT, SECOND ROW SPLIT BENCH SEAT, TACHOMETER, TILT STEERING COLUMN, TINTED GLASS, CD CHANGER, POWER PASSENGER SEAT, PREMIUM SOUND SYSTEM, SUNROOF (POWER)