David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA GARNER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. C 08-01365 CW<br><br>[PROPOSED] ORDER DENYING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO COMPEL CONTRACTUAL APPRAISAL AND FOR A STAY PENDING APPRAISAL<br><br>**JUDGE:** Claudia Wilken<br>**DATE:** May 22, 2008<br>**TIME:** 10:00 am<br>**COURTROOM:** 2, 2nd Floor |

This matter having been submitted to the Hon. Claudia Wilken without oral argument; and

Based upon the Court's review of the pleadings submitted by Plaintiff and Defendant in support of and in opposition to the motion, the declarations in support of and in opposition thereto, the requests for judicial notice, and the complaint in this case:

///

///

///

CASE NO. C 08-01365 CW      1      [PROPOSED] ORDER DENYING MOTION TO COMPEL CONTRACTUAL APPRAISAL

1  IT IS HEREBY ORDERED that Defendant State Farm Mutual Automobile Insurance
2  Company's Motion to Compel Contractual Appraisal And For A Stay Pending Appraisal is
3  DENIED.
4  DATED:   May ____, 2008

_____
Honorable Claudia Wilken
District Court Judge