1  David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
2  Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
3  744 Montgomery Street, Fourth Floor
San Francisco, CA  94111
4  Telephone:  (415) 616-9999
Facsimile:  (415) 616-9494
5
Attorneys for Plaintiff Arnesha Garner
6
(Additional counsel listed on signature page)
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  ARNESHA GARNER, on behalf of herself      Case No. C 08-01365 CW
and all others similarly situated,
13                                            **PLAINTIFF'S OBJECTION TO STATE
                                             FARM MUTUAL AUTOMOBILE
14          Plaintiff,                        INSURANCE COMPANY'S
                                             SUPPLEMENTAL REQUEST FOR
15  v.                                        JUDICIAL NOTICE**

16  STATE FARM MUTUAL
AUTOMOBILE INSURANCE
17  COMPANY, et al.,
                                             **JUDGE:** Claudia Wilken
18          Defendants.                       **DATE:**  May 22, 2008
                                             **TIME:**  10:00 am
19                                            **COURTROOM:**  2, 2nd Floor

20

21          Plaintiff objects to Defendant State Farm Mutual Automobile Insurance Company's

22  Supplemental Request For Judicial Notice In Support Of Motion To Compel Appraisal And For

23  Stay Pending Appraisal (the "Second Request For Notice") on the following grounds:

24          1.      Defendant requests that the Court take judicial notice of portions of the trial court

25  record in two unreported California Superior Court cases, citing them as precedent in this case.

26  Under Cal. Rule of Court 8.1115, the citation of unpublished opinions of *any* California court is

27  improper, expect for very limited purposes, none of which are relevant to this case   Unpublished

28  trial court decisions have no precedential value under any circumstances. *Schachter v. Citigroup,*

1  *Inc.*, 126 Cal.App.4th 726, 738-39 (2005)("a written trial court ruling has no precedential value");

2  *Lunsford v. American Guarantee & Liability Ins. Co.*, 775 F.Supp. 1574, 1581 n.3 (N.D.Cal.

3  1991) )("unpublished [California] trial court decision is of no precedential value"), *reversed in*

4  *part on other grounds, Lunsford v. American Guarantee & Liability Ins. Co.*, 18 F.3d 653 (9th

5  Cir.1994).

6     Accordingly, a court will not take judicial notice of unpublished decisions.  *Joseph v. J.J.*

7  *Mac Intyre Companies, L.L.C.*, 238 F.Supp.2d 1158, 1165 n.5 (N.D.Cal. 2002)("[c]ourt will not

8  take judicial notice of [unpublished Superior Court  appellate department decision] in light of Cal.

9  Rule of Court 977(a)[predecessor of Rule of Court 8.1115]"; *People v. Tulare County Superior*

10  *Court*, 129 Cal.App.4th 324, 332 n.4 (2005)(court refused to take judicial notice of unpublished

11  decision citing Rule of Court 977(a)).

12     2.  The Second Request For Notice is made in support of an improper reply argument.

13  State Farm's arguments based on these opinions do not respond to any argument made by

14  Plaintiff in her opposition to State Farm's motion and could have been included in the original

15  moving papers.  State Farm raises these arguments for the first time in reply in order to deprive

16  Plaintiff of the opportunity to respond.

17     3.  The portions of the trial court record attached to the Second Request For Notice

18  are inadequate to allow the Court to determine what issues the parties raised and what the courts

19  decided with respect to these issues.  Even a cursory review, however, reveals significant

20  differences between these cases and this case.  There are other trial court decisions on point,

21  which Plaintiff would be pleased to provide to the Court should the Court decide to consider

22  those submitted by State Farm.

23

24

25         [Balance of page intentionally left blank]

26

27

28

PLAINTIFF'S OBJECTION TO STATE FARM'S
SUPP. REQUEST FOR JUDICIAL NOTICE

PLAIN
REQU

1

Dated:  May 12, 2008

BIRKA-WHITE LAW OFFICES

2

3

4

By: _____//s//_____

Stephen Oroza

5

6

David M. Birka-White (State Bar No. 85721)

7

Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES

8

744 Montgomery Street, Fourth Floor
San Francisco, CA  94111

9

Telephone:  (415) 616-9999
Facsimile:  (415) 616-9494

10

11

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)

12

BERDING & WEIL, LLP
3240 Stone Valley Road West

13

Alamo, California  94507
Telephone: (925) 838-2090

14

Facsimile: (925) 820-5592

15

Counsel for Plaintiff Arnesha Garner

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

PLAINTIFF'S OBJECTION TO STATE FARM'S
SUPP. REQUEST FOR JUDICIAL NOTICE

PLAIN
REQU