1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 040030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 ARNESHA M. GARNER, on behalf of herself and all others similarly situated, | CASE NO. 4:08-cv-01365-MEJ |
|---|---|
| 12          Plaintiff, | **NOTICE OF APPEARANCE** |
| 13     v. | |
| 14 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| 15     Defendant. | |

18  **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

19       **PLEASE TAKE NOTICE** that Bruce D. Celebrezze (California State Bar No. 102181)

20  of the law firm of Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower,

21  8th Floor, San Francisco, California 94105; (415) 781-7900 (telephone); (415) 781-2635

22  (facsimile); bruce.celebreze@**sdma.com** (e-mail); represents and hereby enters his appearance

23  as an additional attorney to be noticed as counsel for defendant State Farm Mutual Automobile

24  Insurance Company in this action.

25  DATED:  May 16, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP

26                                  By: /s/  Laura L. Goodman
27                                      Laura L. Goodman
                                        Attorneys for Defendant
28                                      STATE FARM MUTUAL AUTOMOBILE
                                        INSURANCE COMPANY