UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARNESHA M. GARNER, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY

    Defendant.
_____/

CASE NO. CV 08 1365 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/23/08

_____
Mike Leong
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

Dated: 5/28/08

_____
Bruce D. Celebrezze
SEDGWICK, DETERT, MORAN &
ARNOLD LLP