UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARNESHA M. GARNER, on behalf of
herself and all others similarly situated,
        Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY
        Defendant.

_____/

Case No. CV 08-1365 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6-3-08

_____
Arnesha M. Garner
PLAINTIFF

Dated: 6/3/08

_____
David M. Birka-White
BIRKA-WHITE LAW OFFICES