UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARNESHA M. GARNER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant.

CASE NO. CV 08 1365 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process

    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: June 24, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David M. Birka-White | Arnesha Garner | (415) 616-9999 | dbw@birka-white.com |
| Jeffrey B. Cereghino | Arnesha Garner | (925) 838-2090 | jcereghino@berding-weil.com |
| Kevin J. Dunne | State Farm | (415) 781-7900 | kevin.dunne@sdma.com |
| Bruce D. Celebrezze | State Farm | (415) 781-7900 | bruce.celebrezze@sdma.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/9/08

    Attorney for Plaintiff

Dated: 6/3/08

    Attorney for Defendant