## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GARNER,

      Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY,

      Defendant.

NO. 08-01365CW

**MINUTE ORDER**
Date: 6/24/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill    Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
David M. Birka-White; Jeffrey B. Cereghino; Stephen Oroza; Thomas
Hicks

**Appearances for Defendant:**
Bruce Celebrezze; Kevin Dunne; Laura Goodman

**Case Management Conference Held?:** yes

Notes: Court previously took under submission Mo. to Dismiss
*Plaintiff's Complaint for Failure to State A Claim (Fed.R.Civ.P.*
*12(B)(6) and State Farm Mutual Insurance Company's Motion to*
*Compel Contractual Appraisal and For a Stay Pending Appraisal.*
Court denies motion to dismiss without prejudice; grants motion
to compel appraisal and grants stay except if regulation is in
effect. If Court finds plaintiff does have damage claim and that
regulation is in effect, Court will refer case to ENE for ADR.
Plaintiff to file amended complaint by 7/7/08. Appraisal to be
completed by 8/22/08. Discovery re regulation to be completed by
10/28/08. Defendant to file motion by 11/20/08; Plaintiff
opposition and any cross motion (contained within a single brief)
due 12/4/08; Defendant's reply/opposition to cross-mo. (contained
within a single brief) due 12/18/08; Plaintiff's surreply due
1/8/09. **Hearing on motion set for 1/22/09 at 2:00 p.m.** Counsel
to include in motion appraisal, any motion to dismiss, and any
motion to add new named plaintiff. Court will wait until after
motion to set any class certification motion.

Copies to: Chambers; ADR