David M. Birka-White; (State Bar No. 85721)
dbw@birka-white.com
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No.  CV 08 1365 CW<br><br>**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>**Judge:** Claudia Wilken<br>**Date:**<br>**Time:**<br>**Dept.:** Courtroom 2, 4th Floor<br>            1301 Clay Street, Oakland, CA |

TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and its attorney of record herein:

   PLEASE TAKE NOTICE that on July __, 2008, at _____ _.m., in the Courtroom of the Honorable Claudia Wilken, 1301 Clay Street, Room ____, Oakland, California, Plaintiff Arnesha Garner ("Plaintiff") will, and hereby does, move the Court for a protective order specifying that discovery not be had of the documents described in Paragraphs 1 and 13 of Exhibit A to the Subpoena to California Department of Motor Vehicles served by Defendant State Farm Mutual Automobile Insurance Company ("State Farm") upon the California Department of Motor Vehicles ("DMV") on June 30, 2008 (the "Contested Documents"). In addition, Plaintiff

1  will request an order that counsel for State Farm be required to advise the DMV that it is not
2  required to produce such documents.
3       This motion is made pursuant to Rule 26(c) the Federal Rules of Civil Procedure and is
4  made upon the ground that good cause exists for the entry of such an order in that the Contested
5  Documents are not within the scope of discovery permitted by the Court in its Order Denying
6  Defendant's Motion To Dismiss And Granting Defendant's Motion To Compel Appraisal And
7  Stay The Action entered on June 30, 2008.
8       This motion is based on the accompanying Memorandum of Points and Authorities, the
9  Declaration of Stephen Oroza in support of the motion, the pleadings and papers on file herein
10 and upon such further evidence and argument as may be presented prior to or at the hearing on
11 this motion.

Dated: July 9, 2008                                    BIRKA-WHITE LAW OFFICES


By: _____/s/_____
     Stephen Oroza

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

Counsel for Plaintiff Arnesha Garner