David M. Birka-White; (State Bar No. 85721)
dbw@birka-white.com
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 08 1365 CW<br><br>**DECLARATION OF STEPHEN OROZA IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>**Judge:** Claudia Wilken<br>**Date:**<br>**Time:**<br>**Dept.:** Courtroom 2, 4th Floor<br>1301 Clay Street, Oakland, CA |

I, Stephen Oroza, declare as follows:

1. I am an attorney at law admitted to practice before this Court. I am of counsel to Birka-White Law Offices, counsel for Plaintiff herein.

2. Defined terms used herein have the meaning ascribed to them in the accompanying Memorandum of Points and Authorities.

3. Attached hereto as Exhibit 1 is a true and correct copy of the subpoena served by State Farm on the DMV.

4. I am familiar with the valuation report which State Farm provided to Plaintiff concerning the valuation of her vehicle. The valuation report reflects the vehicle identification

numbers of the vehicles used as vehicles comparable to Plaintiff's vehicle. The vehicles described in Category 1 are the vehicles which State Farm used in adjusting Plaintiff's claim.

5. Plaintiff's counsel received notice of the subpoena on July 2, 2008, immediately prior to the July 4 holiday. On the first day after the July 4 weekend, I requested by e-mail that counsel for State Farm meet and confer concerning the Contested Documents. Counsel met and conferred by telephone on that day. Counsel for State Farm stated that the documents in Category 1 were relevant to whether the TLR was in effect at the time Plaintiff's claim was adjusted and that such documents were also relevant to the appraisal of Plaintiff's vehicle. Counsel for State Farm stated that the documents in Category 13 were relevant to show "bias" by the DMV and that this "bias" was relevant to whether the TLR was in effect at the time that Plaintiff's loss was adjusted. I made substantially the same arguments as are detailed in the accompanying Memorandum of Points and Authorities and the parties were unable to reach agreement concerning the entitlement of State Farm to the Contested Documents.

6. Except as expressly indicated, the foregoing facts are within my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 9, 2008 at San Rafael, California.

Dated: July 9, 2008                                   BIRKA-WHITE LAW OFFICES


By: _____/s/_____
        Stephen Oroza

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California  94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

Counsel for Plaintiff Arnesha Garner