David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA  94111
Telephone:  (415) 616-9999
Facsimile:  (415) 616-9494

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California  94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

Attorneys for Plaintiff Arnesha Garner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.  CV 08 1365 CW<br><br>**PROTECTIVE ORDER**<br><br>**Judge:**  Claudia Wilken<br>**Date:**<br>**Time:**<br>**Dept.:**  Courtroom 2, 4th Floor<br>1301 Clay Street, Oakland, CA |

The Court having considered the pleadings and arguments of counsel in support of and in opposition to the motion of Plaintiff Arnesha Garner for a protective order; and

It appearing, and the Court finding, that the discovery which is the subject of Plaintiff's motion exceeds the scope of discovery permitted by the Court in its Order Denying Defendant's Motion To Dismiss And Granting Defendant's Motion To Compel Appraisal And Stay The Action entered on June 30, 2008; and

1    Good cause appearing therefor;

2    IT IS HEREBY ORDERED that:

3        1.    Discovery of the documents described in Paragraphs 1 and 13 of Exhibit A

4    to the Subpoena to California Department of Motor Vehicles served by Defendant State Farm

5    Mutual Automobile Insurance Company ("State Farm") upon the California Department of Motor

6    Vehicles ("DMV") on June 30, 2008 may not be had.

7        2.    Counsel for State Farm is ordered to advise the DMV that it is not required

8    to produce such documents.

9

10   Dated:  July _____, 2008                    UNITED STATES DISTRICT JUDGE

11

12   By: _____
                   Hon. Claudia Wilken

13   OR

14   UNITED STATES DISTRICT JUDGE

15

16   By: _____
               Magistrate Judge, Northern District

17

18

19

20

21

22

23

24

25

26

27

28