David M. Birka-White (State Bar No. 85721)
dbw@birka-white.com
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

(Additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 08-01365 CW<br><br>**APPLICATION FOR ORDER SHORTENING TIME**<br><br>Judge:  Claudia Wilken<br>Date:<br>Time:<br>Dept.:  Courtroom 2, 4th Floor<br>        1301 Clay Street, Oakland, CA |

    Plaintiff, Arnesha Garner, hereby applies for an Application for Order Shortening Time for a Hearing on her Motion for Protective Order to limit the scope of State Farm Mutual Automobile Insurance Co.'s ("State Farm") Document Subpoena ("Subpoena") to California Department of Motor Vehicle ("DMV") served on June 30, 2008. Responses are otherwise to be produced by DMV to State Farm on July 21, 2008 at 8:30 a.m.

    The attached Certificate demonstrates that the hearing of this motion on shortened time is necessary because the documents to be produced by the DMV are outside the scope of the discovery allowed by the June 30, 2008 Order of the Hon. Claudia Wilken. It is necessary that the

1  Application Shortening Time be granted in order to allow Plaintiff's Motion for Protective Order
2  to be heard before the July 21, 2008 due date of the State Farm Subpoena to the DMV.

3      Plaintiff asserts that the Court has limited discovery to the issue of whether Defendant was
4  required to comply with the Total Loss Regulation at the time it conducted its valuation of
5  Plaintiff's vehicle.

6      A full statement of Plaintiff's objections to the State Farm Subpoena is set forth in
7  Plaintiff's Memorandum of Points and Authorities in Support of Motion for Protective Order and
8  the Declaration of Stephen Oroza in Support of Motion for Protective Order.

Dated: July 9, 2008

BIRKA-WHITE LAW OFFICES

By: _____
    David M. Birka-White

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592