David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 08-01365 CW<br><br>**CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME**<br><br>**Judge:** Claudia Wilken<br>**Date:**<br>**Time:**<br>**Dept.:** Courtroom 2, 4th Floor<br>1301 Clay Street, Oakland, CA |

I, David M. Birka-White, declare:

1. I am a principal in the law firm of Birka-White Law Offices, counsel of record for Plaintiff, Arnesha Garner, in the above-captioned action.

2. This certificate is submitted in support of Plaintiff's Application for an Order Shortening Time regarding Plaintiff's Notice of Motion and Motion for Protective Order relating to Defendant



ORDER SHORTENING TIME

By: /s/ David M. Birka-White

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

CASE NO. C 08-01365 CW — - 3 - — CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME