David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

Attorneys for Plaintiff Arnesha Garner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 08-01365 CW<br><br>**[PROPOSED] ORDER APPROVING PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME**<br><br>**Judge:** Claudia Wilken<br>**Date:**<br>**Time:**<br>**Dept.:** Courtroom 2, 4th Floor<br>1301 Clay Street, Oakland, CA |

After consideration of the Plaintiff's moving papers and Defendant State Farm's opposition thereto, and all other matters presented to the Court, regarding Plaintiff's Application for an Order Shortening Time for a Hearing on her Motion for Protective Order limiting the

1  scope of Defendant State Farm Mutual Automobile Insurance Co.'s Document Subpoena to
2  California Department of Motor Vehicle ("DMV") served on June 30, 2008,
3      IT IS HEREBY ORDERED that Plaintiff's Application for an Order Shortening Time for
4  a Hearing on her Motion for Protective Order is GRANTED.
5      1.  State Farm's Opposition to Plaintiff's Motion for Protective Order is to be
6      filed on July___, 2008;
7      2.  Plaintiff's Reply Brief to State Farm's Opposition to Plaintiff's Motion for
8      Protective Order is to be filed on July___, 2008;
9      3.  Hearing Date is Friday, July 18, 2008 at ____ a.m.

Dated: July _____, 2008           UNITED STATES DISTRICT JUDGE


                                  By: _____
                                       Hon. Claudia Wilken
                                  OR

                                  UNITED STATES DISTRICT JUDGE


                                  By: _____
                                       Magistrate Judge, Northern District