1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA L. GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>    Defendant. | CASE NO. CV 08 1365 CW<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME<br><br>JUDGE:  Claudia Wilken<br>CTRM:   2<br>DATE:<br>TIME: |

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") files this statement of non-opposition to the application of plaintiff Arnesha Garner to shorten time for a hearing on her motion for her protective order that certain discovery not be had from the California Department of Motor Vehicles ("DMV").

State Farm has issued and served a subpoena to the DMV requiring responsive documents to be produced by July 21, 2008.  In light of the discovery and motion cutoff dates set by the Court, State Farm does not wish to extend the time for the DMV to respond to the subpoena.  Accordingly, State Farm agrees that plaintiff's motion for a protective order should and may be heard on shortened time and respectfully requests that the Court set an expedited briefing schedule in connection therewith.

1

2  DATED: July 10, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4

By: s/Laura L. Goodman

5     Laura L, Goodman
      Attorneys for Defendant
6     STATE FARM MUTUAL AUTOMOBILE
      INSURANCE COMPANY

7

SF/1523033v1

-2-                              CASE NO. CV 08 1365 CW
STATE FARM'S STATEMENT OF NON-OPPOSITION TO
APPLICATION FOR ORDER SHORTENING TIME