David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 616-9999
Facsimile: (415) 616-9494

Attorneys for Plaintiff Arnesha Garner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 08-01365 CW<br><br>**EXHIBIT 1 TO DECLARATION OF STEPHEN OROZA IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>**Judge:** Claudia Wilken<br>**Date:**<br>**Time:**<br>**Dept.:** Courtroom 2, 4th Floor<br>1301 Clay Street, Oakland, CA |

Attached is the Exhibit 1 to the Declaration of Stephen Oroza in Support of Motion for Protective Order filed on July 9, 2008, which is also Document Number 51 in the Court's docket.

Dated: July 10, 2008

BIRKA-WHITE LAW OFFICES

By: _____
Thomas Hicks

---

CASE NO. C 08-01365 CW                - 1 -                EXHIBIT 1 TO OROZA DECLARATION
ISO MOTION FOR PROTECTIVE ORDER

# Exhibit 1

Case 4:08-cv-01365-CW    Document 57    Filed 07/10/2008    Page 2 of 7

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

ARNESHA GARNER

V.

STATE FARM MUTUAL INS.CO.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: CV 08 1365 CW

TO: DEPARTMENT OF MOTOR VEHICLES
    2415 1ST AVENUE, LEGAL E128
    SACRAMENTO, CA 95816
    (916) 657-6469

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list of documents or objects):
   SEE ATTACHMENT

| PLACE | DATE AND TIME |
|---|---|
| ATTORNEYS DIVERSIFIED SVC<br>741 N FULTON STREET<br>FRESNO, CA 93728 | 07/21/08<br>08:30 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its belhalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /S/   ATTORNEY AT LAW   DEFENDANT | 06/30/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ANDREW J. KING, ESQ., SEDGWICK, DETERT, MORAN & ARNOLD
1 MARKET PLAZA STEUART TOWER 8th FL, SAN FRANCISCO, CA 94105

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

561/3/SAC34848-01

## EXHIBIT A TO SUBPOENA TO CALIFORNIA DEPARTMENT OF MOTOR VEHICLES

### DEFINITIONS

1. As used herein, the term "DOCUMENTS" means a writing, as defined by Rule 1001 of the Federal Rules of Evidence, including the original copy of a handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording, including electronic, upon any tangible thing, any form of communication or representation, including letters, works, pictures, sounds, symbols, or electronically stored data, or communications thereof, and any record thereby created, regardless of the manner in which the record has been stored.

2. As used herein, the term "DMV" means the California Department of Motor Vehicles and includes all of its departments, units, divisions, directors, and employees.

3. As used herein, the term "STATE FARM" means State Farm Mutual Automobile Insurance Company and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

4. As used herein, the term "MITCHELL" means Mitchell International, Inc., and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

5. As used herein, the term "AUDATEX" means Audatex North America, Inc., and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

6. As used herein, the term "CCC" means CCC Information Services, Inc., and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

7. As used herein, the term "TOTAL LOSS EVALUATION VENDOR" means any person or company – including, but not limited to, Mitchell, Audatex, and CCC – that provides total loss valuation services to automobile insurers in the State of California.

8. As used herein, the term "VIN" means Vehicle Identification Number.

## DOCUMENTS TO BE PRODUCED

1.      All **DOCUMENTS** referring to, reflecting, containing or otherwise showing the actual sales price, date of sale, and location of sale for the following vehicles:

       a.      2005 Ford Escape Limited, VIN No. 1FMYU04145KA83868

       b.      2005 Ford Escape Limited, VIN No. 1FMCU04125KC10515

       c.      2005 Ford Escape, Limited, VIN No. 1FMCU04115KA23265

       d.      2005 Ford Escape, Limited, VIN No. 1FMYU04185KB62377

       e.      2005 Ford Escape Limited, VIN No. 1FMCU04125KB62319

       f.      2005 Ford Escape Limited, VIN No. 1FMCU04115KB95411

       g.      2005 Ford Escape Limited, VIN No. 1FMYU04155KE23948

If any or all of these vehicles have been sold on more than one occasion, please provide the actual sales price, date of sale, and location of sale for each such sale.

2.      All **DOCUMENTS** reflecting any communications from January 1, 2003 to the present to, from, or between, the **DMV** and any **TOTAL LOSS EVALUATION VENDOR** relating to any **TOTAL LOSS EVALUATION VENDOR's** request to obtain or access **DMV** data regarding the actual sales prices for vehicles sold in California.

3.      All **DOCUMENTS** reflecting any communications from January 1, 2003 to the present to, from, or between, the **DMV** and any automobile insurer relating to any automobile insurer's request to obtain or access **DMV** data regarding the actual sales prices for vehicles sold in California.

4.      All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **MITCHELL** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

SF/1520809v1

5. All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **STATE FARM** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

6. All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **CCC** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

7. All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **AUDATEX** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

8. All **DOCUMENTS** referring to, reflecting, or containing any communications between the **DMV** and the California Department of Insurance relating to California Code of Regulations, Title 10, Section 2695.8(b)(2).

9. All **DOCUMENTS** referring to, reflecting, or containing any communications between the **DMV** and the California Department of Insurance relating to the availability of data regarding the actual sales prices for vehicles sold in California to any **TOTAL LOSS EVALUATION VENDOR** or any automobile insurer.

10. All **DOCUMENTS** referring to, or reflecting, or showing the format and content of data regarding the actual sales prices for vehicles sold in California made available by the **DMV** to any **TOTAL LOSS EVALUATION VENDOR** or automobile insurer.

11. All **DOCUMENTS** referring to, reflecting, or containing any internal **DMV** communications relating to the California Code of Regulations, Title 10, Section 2695.8(b)(2).

12. All **DOCUMENTS** referring to, reflecting, or containing any internal **DMV** communications relating to the DMV making data regarding the actual sales prices for vehicles sold in California available to any **TOTAL LOSS EVALUATION VENDOR** and/or automobile insurer.

13. All **DOCUMENTS** referring to, reflecting, or containing any communications between the **DMV** and Amesha Garner and/or her attorneys David Birka-White, Stephen Oroza,

Thomas Hicks, Jeffrey Cereghino, Steven R. Weinmann, the Birka-White Law Offices and/or Berding & Weil, LLP from January 1, 2003 to the present.