1  David M. Birka-White (State Bar No. 85721)
   Stephen Oroza (State Bar No. 84681)
2  Thomas D. Hicks (State Bar No. 238545)
   BIRKA-WHITE LAW OFFICES
3  744 Montgomery Street, Fourth Floor
   San Francisco, CA 94111
4  Telephone: (415) 616-9999
   Facsimile: (415) 616-9494
5
   Attorneys for Plaintiff Arnesha Garner
6
   (Additional counsel listed on signature page)
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | ARNESHA GARNER, on behalf of herself | Case No. C 08-01365 CW
   | and all others similarly situated,
13 |                                      | **CERTIFICATE IN SUPPORT OF**
   |                Plaintiff,            | **APPLICATION FOR ORDER**
14 |                                      | **SHORTENING TIME**
   | v.
15 |
   | STATE FARM MUTUAL                    | Judge:  Claudia Wilken
16 | AUTOMOBILE INSURANCE                 | Date:
   | COMPANY, et al.,                     | Time:
17 |                                      | Dept.:  Courtroom 2, 4th Floor
   |                Defendants.           |         1301 Clay Street, Oakland, CA
18

19

20

21

22

23     I, David M. Birka-White, declare:

24  1. I am a principal in the law firm of Birka-White Law Offices, counsel of record for Plaintiff,

25     Arnesha Garner, in the above-captioned action.

26  2. This certificate is submitted in support of Plaintiff's Application for an Order Shortening Time

27     regarding Plaintiff's Notice of Motion and Motion for Protective Order relating to Defendant

28     State Farm Mutual Automobile Insurance Co.'s Document Subpoena of the California

1. Department of Motor Vehicle ("DMV") served on June 30, 2008. These subpoenaed documents are to be produced by DMV on July 21, 2008 at 8:30 a.m.

3. This is a class action for breach of contract, breach of the Implied Covenant of Good Faith and Fair Dealing, violation of Business & Professions Code § 17200 and restitution.

4. A hearing on shortened time is essential because some of the documents requested by State Farm of the DMV exceed the scope of the discovery allowed by the June 30, 2008 Order of the Hon. Claudia Wilken. The Court ordered: "These proceedings are stayed except for the purpose of adjudicating the issue of whether Defendant was required to comply with the TLR at the time it conducted its valuation of Plaintiff's vehicle."

5. The requested discovery exceeds the scope of the Court's June 30, 2008 Order.

6. If this Motion for a Protective Order is not heard before DMV responds on July 21, 2008, then the documents will be produced and Plaintiff will be deprived of its opportunity to be heard in connection with its objections to the subpoena. Plaintiff's objections are set forth in Plaintiff's Plaintiff's Memorandum of Points and Authorities in Support of Motion for Protective Order and the Declaration of Stephen Oroza in Support of Motion for Protective Order.

7. On Monday July, 7, 2008, Stephen Oroza, of counsel to my office, and I spoke with defense counsel for State Farm, Bruce Celebrezze and Laura Goodman, and advised them that we would seek an Order Shortening Time for a Motion to for Protective Order specifying that discovery not be had of the documents described in paragraphs 1 & 13 of Exhibit A to the State Farm subpoena to DMV. Counsel for State Farm stated that they would not oppose an Order Shortening Time provided they had twenty-four hours to respond to the Motion.

8. Attached is a proposed order granting the Application for Order to Shorten Time. It is requested that the Court set a briefing schedule as soon as practicable given the immediacy of the July 21, 2008 production date for DMV to comply with State Farm's subpoena.

///
///
///
///

9. The undersigned hereby certifies that the Application for Order Shortening Time is made in good faith and for good cause.

Dated: July 9, 2008

BIRKA-WHITE LAW OFFICES

By: _____
David M. Birka-White

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592