IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNESHA GARNER,

    Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 08-01365 CW

<u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u>

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Protective Order, Application for Order Shortening Time, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/11/08

                                                                         CLAUDIA WILKEN
                                                                         United States District Judge

cc: Wings; Assigned M/J