UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, | No. C-08-1365 CW (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | **(Docket No. 53)** |

_____/

Plaintiff has filed a motion for a protective order, which she seeks to have heard on shortened time. Defendant does not oppose the request for shortened time. In light of Defendant's nonopposition, and in the interest of moving the case forward, the Court hereby **GRANTS** Plaintiff's request for shortened time.

Plaintiff's motion for a protective order shall be heard on **July 23, 2008, at 10:30 a.m.** The opposition brief shall be filed by July 18, 2008, and the reply brief by July 21, 2008.

This order disposes of Docket No. 53.

IT IS SO ORDERED.

Dated: July 14, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge