1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA L. GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  ARNESHA M. GARNER, on behalf of          CASE NO. CV 08 1365 CW (EMC)
    herself and all others similarly situated,
12                                           **DECLARATION OF LAURA L.**
               Plaintiff,                    **GOODMAN IN OPPOSITION TO**
13                                           **MOTION FOR PROTECTIVE ORDER**
           v.
14                                           JUDGE:  Magistrate Judge Edward M. Chen
    STATE FARM MUTUAL                        DEPT:   Courtroom C, 15th Floor
15  AUTOMOBILE INSURANCE                     DATE:   July 23, 2008
    COMPANY,                                 TIME:   10:30 a.m.
16
               Defendant.
17

18

19          I, LAURA L. GOODMAN, hereby declare as follows:

20          1.      I am an attorney duly licensed to practice before all the courts of the State of

21  California, and the United States District Court for the Northern District of California, and am a

22  partner with the law firm of Sedgwick, Detert, Moran & Arnold, LLP, counsel of record for

23  defendant State Farm Mutual Automobile Insurance Company ("State Farm") in this action.

24          2.      I have personal knowledge of the matters stated herein and, if called upon to do

25  so, would testify competently to them.

26          3.      Attached hereto as Exhibit A is a true and correct copy of a records subpoena that

27  State Farm Mutual Automobile Insurance Company had served on the California Department of

28  Motor Vehicles.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1    4.    Attached hereto as Exhibit B is a true and correct copy of a letter dated June 12,

2    2008 from Jason L. Gray, Esq., Senior Vice President Strategic Development and General

3    Counsel, Mitchell International, Inc. to Stacy Cockrum, Chief of Information Services Branch,

4    California Department of Motor Vehicles - Communication Program Division.

5    5.    Attached hereto as Exhibit C is a true and correct copy of a letter dated July 3,

6    2008 from Stacy Cockrum, Chief of Information Services Branch, California Department of

7    Motor Vehicles to Jason L. Gray, SVP, Strategic Development and General Counsel for Mitchell

8    International, Inc.

9    I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing

10    is true and correct and that this declaration was executed on this  18th day of July, 2008, at San

11    Francisco, California.

12

13    _____

14    Laura L. Goodman

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

# EXHIBIT A

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

ARNESHA GARNER

v.

STATE FARM MUTUAL INS.CO.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:  CV 08 1365 CW

TO: DEPARTMENT OF MOTOR VEHICLES
     2415 1ST AVENUE, LEGAL E128
     SACRAMENTO, CA 95816
     (916) 657-6469

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list of documents or objects):
     SEE ATTACHMENT

| PLACE    ATTORNEYS DIVERSIFIED SVC<br>741 N FULTON STREET<br>FRESNO, CA 93728 | DATE AND TIME<br>07/21/08<br>08:30 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its belhalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>/S/ | DATE<br>06/30/08 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ATTORNEY AT LAW                    DEFENDANT
ANDREW J. KING, ESQ., SEDGWICK, DETERT, MORAN & ARNOLD
1 MARKET PLAZA STEUART TOWER 8th FL, SAN FRANCISCO, CA 94105
(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

561/3/SAC34848-01

## EXHIBIT A TO SUBPOENA TO CALIFORNIA
## DEPARTMENT OF MOTOR VEHICLES

### DEFINITIONS

1.     As used herein, the term "**DOCUMENTS**" means a writing, as defined by Rule 1001 of the Federal Rules of Evidence, including the original copy of a handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording, including electronic, upon any tangible thing, any form of communication or representation, including letters, works, pictures, sounds, symbols, or electronically stored data, or communications thereof, and any record thereby created, regardless of the manner in which the record has been stored.

2.     As used herein, the term "**DMV**" means the California Department of Motor Vehicles and includes all of its departments, units, divisions, directors, and employees.

3.     As used herein, the term "**STATE FARM**" means State Farm Mutual Automobile Insurance Company and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

4.     As used herein, the term "**MITCHELL**" means Mitchell International, Inc., and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

5.     As used herein, the term "**AUDATEX**" means Audatex North America, Inc., and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

6.     As used herein, the term "**CCC**" means CCC Information Services, Inc., and includes its parents, subsidiaries, affiliates, officers, employees, and attorneys.

7.     As used herein, the term "**TOTAL LOSS EVALUATION VENDOR**" means any person or company – including, but not limited to, Mitchell, Audatex, and CCC – that provides total loss valuation services to automobile insurers in the State of California.

8.     As used herein, the term "**VIN**" means Vehicle Identification Number.

<u>DOCUMENTS TO BE PRODUCED</u>

1.    All **DOCUMENTS** referring to, reflecting, containing or otherwise showing the actual sales price, date of sale, and location of sale for the following vehicles:

      a.    2005 Ford Escape Limited, **VIN** No. 1FMYU04145KA83868

      b.    2005 Ford Escape Limited, **VIN** No. 1FMCU04125KC10515

      c.    2005 Ford Escape, Limited, **VIN** No. 1FMCU04115KA23265

      d.    2005 Ford Escape, Limited, **VIN** No. 1FMYU04185KB62377

      e.    2005 Ford Escape Limited, **VIN** No. 1FMCU04125KB62319

      f.    2005 Ford Escape Limited, **VIN** No. 1FMCU04115KB95411

      g.    2005 Ford Escape Limited, **VIN** No. 1FMYU04155KE23948

If any or all of these vehicles have been sold on more than one occasion, please provide the actual sales price, date of sale, and location of sale for each such sale.

2.    All **DOCUMENTS** reflecting any communications from January 1, 2003 to the present to, from, or between, the **DMV** and any **TOTAL LOSS EVALUATION VENDOR** relating to any **TOTAL LOSS EVALUATION VENDOR's** request to obtain or access **DMV** data regarding the actual sales prices for vehicles sold in California.

3.    All **DOCUMENTS** reflecting any communications from January 1, 2003 to the present to, from, or between, the **DMV** and any automobile insurer relating to any automobile insurer's request to obtain or access **DMV** data regarding the actual sales prices for vehicles sold in California.

4.    All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **MITCHELL** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

SF/1520809v1

5.    All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **STATE FARM** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

6.    All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **CCC** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

7.    All **DOCUMENTS** referring to, reflecting, or containing any communications from January 1, 2003 to the present between the **DMV** and **AUDATEX** relating to **DMV** data regarding the actual sales prices for vehicles sold in California.

8.    All **DOCUMENTS** referring to, reflecting, or containing any communications between the **DMV** and the California Department of Insurance relating to California Code of Regulations, Title 10, Section 2695.8(b)(2).

9.    All **DOCUMENTS** referring to, reflecting, or containing any communications between the **DMV** and the California Department of Insurance relating to the availability of data regarding the actual sales prices for vehicles sold in California to any **TOTAL LOSS EVALUATION VENDOR** or any automobile insurer.

10.    All **DOCUMENTS** referring to, or reflecting, or showing the format and content of data regarding the actual sales prices for vehicles sold in California made available by the **DMV** to any **TOTAL LOSS EVALUATION VENDOR** or automobile insurer.

11.    All **DOCUMENTS** referring to, reflecting, or containing any internal **DMV** communications relating to the California Code of Regulations, Title 10, Section 2695.8(b)(2).

12.    All **DOCUMENTS** referring to, reflecting, or containing any internal **DMV** communications relating to the DMV making data regarding the actual sales prices for vehicles sold in California available to any **TOTAL LOSS EVALUATION VENDOR** and/or automobile insurer.

13.    All **DOCUMENTS** referring to, reflecting, or containing any communications between the **DMV** and Arnesha Garner and/or her attorneys David Birka-White, Stephen Oroza,

Page 3 of 4

Thomas Hicks, Jeffrey Cereghino, Steven R. Weinmann, the Birka-White Law Offices and/or Berding & Weil, LLP from January 1, 2003 to the present.

SF/1520809v1

AO 88 (Rev. 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed, or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## PROOF OF SERVICE BY MAIL

Case Name:   ARNESHA GARNER
     vs:   STATE FARM MUTUAL INS.CO.

I am a resident of the State of California, County of Sacramento. I am over the age of eighteen years and not a party to the entitled action. My business address is 1424 21st. Street Sacramento, CA 95814.

On June 30, 2008 I served this Notice to Consumer/Employee (if applicable) along with the Subpena in a civil case on the attorneys for all appearing parties in said action, by placing a true copy thereof enclosed in a sealed envelope; with postage thereon fully prepaid, in the United States mail at Sacramento, California, addresses as follows:

BIRKA-WHITE LAW OFFICES
ATTN: DAVID M. BIRKA-WHITE
744 MONTGOMERY STREET, 4th FL.
SAN FRANCISCO, CA 94111

BIRKA-WHITE LAW OFFICES
ATTN: STEPHEN OROZA, THOMAS HICKS
744 MONTGOMERY STREET, 4th FL.
SAN FRANCISCO, CA 94111

BERDING & WEIL, LLP
ATTN: JEFFREY B. CEREGHINO
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2008 at Sacramento, California.

Signed _____
                ROBYN HUEY

Order # SAC34848-01

## Attorney's Diversified Services

1424 21st STREET, SACRAMENTO, CA  95814, Phone (559) 354-2910, Fax (559) 486-4119

40B/SAC3484801

# EXHIBIT B



The Source

Mitchell International
9889 Willow Creek Road
P.O. Box 26260
San Diego, CA 92196-0260
Tel: (858) 578-6550
     (800) 854-7030
Fax: (858) 578-4752
Web: www.mitchell.com

June 12, 2008

California Department of Motor Vehicles – Communication Program Division
Attn: Stacy Cockrum, Chief of Information Services Branch
2570 24th Street, Mail Station H162
Sacramento, CA 95818

RE:     **Mitchell, International Inc. – Total Logic™ Valuation**

Dear Mr. Cockrum:

As you are aware, Mitchell International for some time has been in the process of seeking to obtain data from the California Department of Motor Vehicles ("DMV") relating to vehicles sold by automobile dealerships in California. As we have discussed, Mitchell intends to utilize this data, along with other information, in connection with assisting insurance carriers in determining the cost of a "comparable vehicle" for vehicles which have been declared "total losses."

As part of this process, the DMV recently notified Mitchell that the DMV cannot provide Mitchell – nor has it provided any other party – the *actual sale price* data for vehicles sold by dealerships in California. Rather, the DMV has informed us that its data feed provides a "VLF Class Code" which must then be cross-referenced against the DMV's Vehicle License Fee Chart to identify a "range" of possible sales prices (typically a $200 dollar price range) for vehicles sold though dealerships in California. For reference, I have attached as **Exhibit A** a copy of the VLF Class Code and related value ranges as provided to Mitchell by the DMV.

Mitchell does not know if the DMV's "range" includes only the price for which the vehicle was sold, or if it also includes items such as license fees, registration fees, transfer fees, extended warranties, and the like. Please provide us with this information. In addition, please let us know if there is any way for the DMV to provide Mitchell (or any other vendor) with the actual sales price for a particular vehicle in lieu of these "ranges."

Furthermore, the DMV has informed Mitchell that the data feed provided by the DMV does not identify the actual *sold date* for any vehicle records. Instead the DMV provides an Ownership Certificate Issue Date (OCID). This OCID is created by the DMV system to reflect a "title transfer" or "recorded" date that is ten days *after* the sold record is transmitted by a dealer to the DMV. It is our understanding that the additional ten days are added to the submission date to allow the DMV's system adequate time to audit paperwork and transmit title to the new owner. Please tell us whether there is any way for the DMV to provide Mitchell (or any other vendor) with the actual sold date for a particular vehicle.

Finally, after further analysis of the data feed provided by the DMV, it appears that the DMV does not provide the ZIP code for the actual location where the vehicle was sold, but the ZIP code of the dealer's main business office. For example, where a dealer may have 3 or 4 locations

where vehicles are sold to consumers, the DMV data feed only contains the ZIP code of one location, regardless of where the vehicle was sold. Based on our understanding, it is also possible, depending on the size of the dealer and the number of locations, that the ZIP code provided in the DMV data feed may not be a location where any vehicles are sold, if such dealer has a separate location for its main business office. Please confirm that that the DMV data feed does not reflect the actual location of the sold vehicle, but rather the location of the main business office of such dealer. Also, please advise us whether or not it is possible for the DMV to provide Mitchell (or any other vendor) with the ZIP code for the individual dealer location where the vehicle was actually sold.

As you know, we have engaged in several discussions with the California Department of Insurance ("DOI") regarding the implementation of revisions to the Fair Claims Settlement Practices Regulations (CCR §2695.8(b)(2)). You may be aware that, in the Personal Insurance Federation of California litigation (Los Angeles Superior Court, Case No. BC 298284), the court entered an order on June 7, 2004, which included a stipulation in which the parties, including the DOI, agreed that "...the language to be adopted in section 2695.8(b)(2), requiring insurers to determine the cost of a comparable automobile using either the ask price or actual sales price of that vehicle, shall not become effective until (60) days after sales price data becomes available from the Department of Motor Vehicles." In view of the DMV's notification that it cannot provide Mitchell (and has not provided to any other party) the actual sale price data or actual sold date for vehicles sold by dealerships in California, as well as the data issue we raise in this letter concerning the ability to determine where a vehicle was actually sold, we are copying the DOI on this letter so that it is aware of the situation at the present time.

We look forward to a reply to our questions. We appreciate your assistance with this matter.

Respectfully submitted,

Jason L. Gray
Senior Vice President, Strategic Development & General Counsel
*Mitchell International, Inc.*

cc:    California Department of Insurance
       Attn.: Ms. Risa Salat-Kolm

## EXHIBIT A

### VLF Table

| Min | Max | VLF Code |
|---|---|---|
| $0 | $49.99 | AA |
| $50 | $199.99 | AB |
| $200 | $399.99 | AC |
| $400 | $599.99 | AD |
| $600 | $799.99 | AE |
| $800 | $999.99 | AF |
| $1,000 | $1,199.99 | AH |
| $1,200 | $1,399.99 | AJ |
| $1,400 | $1,599.99 | AK |
| $1,600 | $1,799.99 | AL |
| $1,800 | $1,999.99 | AM |
| $2,000 | $2,199.99 | AN |
| $2,200 | $2,399.99 | AP |
| $2,400 | $2,599.99 | AQ |
| $2,600 | $2,799.99 | AR |
| $2,800 | $2,999.99 | AS |
| $3,000 | $3,199.99 | AT |
| $3,200 | $3,399.99 | AV |
| $3,400 | $3,599.99 | AW |
| $3,600 | $3,799.99 | AX |
| $3,800 | $3,999.99 | AY |
| $4,000 | $4,199.99 | AZ |
| $4,200 | $4,399.99 | BA |
| $4,400 | $4,599.99 | BB |
| $4,600 | $4,799.99 | BC |
| $4,800 | $4,999.99 | BD |
| $5,000 | $5,199.99 | BE |
| $5,200 | $5,399.99 | BF |
| $5,400 | $5,599.99 | BH |
| $5,600 | $5,799.99 | BJ |
| $5,800 | $5,999.99 | BK |
| $6,000 | $6,199.99 | BL |
| $6,200 | $6,399.99 | BM |
| $6,400 | $6,599.99 | BN |
| $6,600 | $6,799.99 | BP |
| $6,800 | $6,999.99 | BQ |
| $7,000 | $7,199.99 | BR |
| $7,200 | $7,399.99 | BS |
| $7,400 | $7,599.99 | BT |
| $7,600 | $7,799.99 | BV |
| $7,800 | $7,999.99 | BW |
| $8,000 | $8,199.99 | BX |
| $8,200 | $8,399.99 | BY |
| $8,400 | $8,599.99 | BZ |
| $8,600 | $8,799.99 | CA |
| $8,800 | $8,999.99 | CB |
| $9,000 | $9,199.99 | CC |
| $9,200 | $9,399.99 | CD |
| $9,400 | $9,599.99 | CE |
| $9,600 | $9,799.99 | CF |
| $9,800 | $9,999.99 | CH |
| $10,000 | $10,199.99 | CJ |
| $10,200 | $10,399.99 | CK |
| $10,400 | $10,599.99 | CL |
| $10,600 | $10,799.99 | CM |
| $10,800 | $10,999.99 | CN |
| $11,000 | $11,199.99 | CP |
| $11,200 | $11,399.99 | CQ |
| $11,400 | $11,599.99 | CR |
| $11,600 | $11,799.99 | CS |
| $11,800 | $11,999.99 | CT |
| $12,000 | $12,199.99 | CV |
| $12,200 | $12,399.99 | CW |
| $12,400 | $12,599.99 | CX |
| $12,600 | $12,799.99 | CY |
| $12,800 | $12,999.99 | CZ |
| $13,000 | $13,199.99 | DA |
| $13,200 | $13,399.99 | DB |
| $13,400 | $13,599.99 | DC |
| $13,600 | $13,799.99 | DD |
| $13,800 | $13,999.99 | DE |
| $14,000 | $14,199.99 | DF |
| $14,200 | $14,399.99 | DH |
| $14,400 | $14,599.99 | DJ |
| $14,600 | $14,799.99 | DK |
| $14,800 | $14,999.99 | DL |
| $15,000 | $15,199.99 | DM |
| $15,200 | $15,399.99 | DN |
| $15,400 | $15,599.99 | DP |
| $15,600 | $15,799.99 | DQ |
| $15,800 | $15,999.99 | DR |
| $16,000 | $16,199.99 | DS |
| $16,200 | $16,399.99 | DT |
| $16,400 | $16,599.99 | DV |
| $16,600 | $16,799.99 | DW |
| $16,800 | $16,999.99 | DX |
| $17,000 | $17,199.99 | DY |
| $17,200 | $17,399.99 | DZ |
| $17,400 | $17,599.99 | EA |
| $17,600 | $17,799.99 | EB |
| $17,800 | $17,999.99 | EC |
| $18,000 | $18,199.99 | ED |
| $18,200 | $18,399.99 | EE |
| $18,400 | $18,599.99 | EF |
| $18,600 | $18,799.99 | EH |
| $18,800 | $18,999.99 | EJ |
| $19,000 | $19,199.99 | EK |
| $19,200 | $19,399.99 | EL |
| $19,400 | $19,599.99 | EM |
| $19,600 | $19,799.99 | EN |
| $19,800 | $19,999.99 | EP |
| $20,000 | $20,199.99 | EQ |
| $20,200 | $20,399.99 | ER |
| $20,400 | $20,599.99 | ES |
| $20,600 | $20,799.99 | ET |
| $20,800 | $20,999.99 | EV |
| $21,000 | $21,199.99 | EW |
| $21,200 | $21,399.99 | EX |

| | | | | | |
|---|---|---|---|---|---|
| $21,400 | $21,599.99 | EY | $32,600 | $32,799.99 | JM |
| $21,600 | $21,799.99 | EZ | $32,800 | $32,999.99 | JN |
| $21,800 | $21,999.99 | FA | $33,000 | $33,199.99 | JP |
| $22,000 | $22,199.99 | FB | $33,200 | $33,399.99 | JQ |
| $22,200 | $22,399.99 | FC | $33,400 | $33,599.99 | JR |
| $22,400 | $22,599.99 | FD | $33,600 | $33,799.99 | JS |
| $22,600 | $22,799.99 | FE | $33,800 | $33,999.99 | JT |
| $22,800 | $22,999.99 | FF | $34,000 | $34,199.99 | JV |
| $23,000 | $23,199.99 | FH | $34,200 | $34,399.99 | JW |
| $23,200 | $23,399.99 | FJ | $34,400 | $34,599.99 | JX |
| $23,400 | $23,599.99 | FK | $34,600 | $34,799.99 | JY |
| $23,600 | $23,799.99 | FL | $34,800 | $34,999.99 | JZ |
| $23,800 | $23,999.99 | FM | $35,000 | $35,199.99 | KA |
| $24,000 | $24,199.99 | FN | $35,200 | $35,399.99 | KB |
| $24,200 | $24,399.99 | FP | $35,400 | $35,599.99 | KC |
| $24,400 | $24,599.99 | FQ | $35,600 | $35,799.99 | KD |
| $24,600 | $24,799.99 | FR | $35,800 | $35,999.99 | KE |
| $24,800 | $24,999.99 | FS | $36,000 | $36,199.99 | KF |
| $25,000 | $25,199.99 | FT | $36,200 | $36,399.99 | KH |
| $25,200 | $25,399.99 | FV | $36,400 | $36,599.99 | KJ |
| $25,400 | $25,599.99 | FW | $36,600 | $36,799.99 | KK |
| $25,600 | $25,799.99 | FX | $36,800 | $36,999.99 | KL |
| $25,800 | $25,999.99 | FY | $37,000 | $37,199.99 | KM |
| $26,000 | $26,199.99 | FZ | $37,200 | $37,399.99 | KN |
| $26,200 | $26,399.99 | HA | $37,400 | $37,599.99 | KP |
| $26,400 | $26,599.99 | HB | $37,600 | $37,799.99 | KQ |
| $26,600 | $26,799.99 | HC | $37,800 | $37,999.99 | KR |
| $26,800 | $26,999.99 | HD | $38,000 | $38,199.99 | KS |
| $27,000 | $27,199.99 | HE | $38,200 | $38,399.99 | KT |
| $27,200 | $27,399.99 | HF | $38,400 | $38,599.99 | KV |
| $27,400 | $27,599.99 | HH | $38,600 | $38,799.99 | KW |
| $27,600 | $27,799.99 | HJ | $38,800 | $38,999.99 | KX |
| $27,800 | $27,999.99 | HK | $39,000 | $39,199.99 | KY |
| $28,000 | $28,199.99 | HL | $39,200 | $39,399.99 | KZ |
| $28,200 | $28,399.99 | HM | $39,400 | $39,599.99 | LA |
| $28,400 | $28,599.99 | HN | $39,600 | $39,799.99 | LB |
| $28,600 | $28,799.99 | HP | $39,800 | $39,999.99 | LC |
| $28,800 | $28,999.99 | HQ | $40,000 | $40,199.99 | LD |
| $29,000 | $29,199.99 | HR | $40,200 | $40,399.99 | LE |
| $29,200 | $29,399.99 | HS | $40,400 | $40,599.99 | LF |
| $29,400 | $29,599.99 | HT | $40,600 | $40,799.99 | LH |
| $29,600 | $29,799.99 | HV | $40,800 | $40,999.99 | LJ |
| $29,800 | $29,999.99 | HW | $41,000 | $41,199.99 | LK |
| $30,000 | $30,199.99 | HX | $41,200 | $41,399.99 | LL |
| $30,200 | $30,399.99 | HY | $41,400 | $41,599.99 | LM |
| $30,400 | $30,599.99 | HZ | $41,600 | $41,799.99 | LN |
| $30,600 | $30,799.99 | JA | $41,800 | $41,999.99 | LP |
| $30,800 | $30,999.99 | JB | $42,000 | $42,199.99 | LQ |
| $31,000 | $31,199.99 | JC | $42,200 | $42,399.99 | LR |
| $31,200 | $31,399.99 | JD | $42,400 | $42,599.99 | LS |
| $31,400 | $31,599.99 | JE | $42,600 | $42,799.99 | LT |
| $31,600 | $31,799.99 | JF | $42,800 | $42,999.99 | LV |
| $31,800 | $31,999.99 | JH | $43,000 | $43,199.99 | LW |
| $32,000 | $32,199.99 | JJ | $43,200 | $43,399.99 | LX |
| $32,200 | $32,399.99 | JK | $43,400 | $43,599.99 | LY |
| $32,400 | $32,599.99 | JL | $43,600 | $43,799.99 | LZ |

| | | | | | |
|---|---|---|---|---|---|
| $43,800 | $43,999.99 | MB | $55,000 | $55,199.99 | PQ |
| $44,000 | $44,199.99 | MC | $55,200 | $55,399.99 | PR |
| $44,200 | $44,399.99 | MD | $55,400 | $55,599.99 | PS |
| $44,400 | $44,599.99 | ME | $55,600 | $55,799.99 | PT |
| $44,600 | $44,799.99 | MF | $55,800 | $55,999.99 | PV |
| $44,800 | $44,999.99 | MH | $56,000 | $56,199.99 | PW |
| $45,000 | $45,199.99 | MJ | $56,200 | $56,399.99 | PX |
| $45,200 | $45,399.99 | MK | $56,400 | $56,599.99 | PY |
| $45,400 | $45,599.99 | ML | $56,600 | $56,799.99 | PZ |
| $45,600 | $45,799.99 | MM | $56,800 | $56,999.99 | QA |
| $45,800 | $45,999.99 | MN | $57,000 | $57,199.99 | QB |
| $46,000 | $46,199.99 | MP | $57,200 | $57,399.99 | QC |
| $46,200 | $46,399.99 | MQ | $57,400 | $57,599.99 | QD |
| $46,400 | $46,599.99 | MR | $57,600 | $57,799.99 | QE |
| $46,600 | $46,799.99 | MS | $57,800 | $57,999.99 | QF |
| $46,800 | $46,999.99 | MT | $58,000 | $58,199.99 | QH |
| $47,000 | $47,199.99 | MV | $58,200 | $58,399.99 | QJ |
| $47,200 | $47,399.99 | MW | $58,400 | $58,599.99 | QK |
| $47,400 | $47,599.99 | MX | $58,600 | $58,799.99 | QL |
| $47,600 | $47,799.99 | MY | $58,800 | $58,999.99 | QM |
| $47,800 | $47,999.99 | MZ | $59,000 | $59,199.99 | QN |
| $48,000 | $48,199.99 | NA | $59,200 | $59,399.99 | QP |
| $48,200 | $48,399.99 | NB | $59,400 | $59,599.99 | QQ |
| $48,400 | $48,599.99 | NC | $59,600 | $59,799.99 | QR |
| $48,600 | $48,799.99 | ND | $59,800 | $59,999.99 | QS |
| $48,800 | $48,999.99 | NE | $60,000 | $60,199.99 | QT |
| $49,000 | $49,199.99 | NF | $60,200 | $60,399.99 | QV |
| $49,200 | $49,399.99 | NH | $60,400 | $60,599.99 | QW |
| $49,400 | $49,599.99 | NJ | $60,600 | $60,799.99 | QX |
| $49,600 | $49,799.99 | NK | $60,800 | $60,999.99 | QY |
| $49,800 | $49,999.99 | NL | $61,000 | $61,199.99 | QZ |
| $50,000 | $50,199.99 | NM | $61,200 | $61,399.99 | RA |
| $50,200 | $50,399.99 | NN | $61,400 | $61,599.99 | RB |
| $50,400 | $50,599.99 | NP | $61,600 | $61,799.99 | RC |
| $50,600 | $50,799.99 | NQ | $61,800 | $61,999.99 | RD |
| $50,800 | $50,999.99 | NR | $62,000 | $62,199.99 | RE |
| $51,000 | $51,199.99 | NS | $62,200 | $62,399.99 | RF |
| $51,200 | $51,399.99 | NT | $62,400 | $62,599.99 | RH |
| $51,400 | $51,599.99 | NV | $62,600 | $62,799.99 | RJ |
| $51,600 | $51,799.99 | NW | $62,800 | $62,999.99 | RK |
| $51,800 | $51,999.99 | NX | $63,000 | $63,199.99 | RL |
| $52,000 | $52,199.99 | NY | $63,200 | $63,399.99 | RM |
| $52,200 | $52,399.99 | NZ | $63,400 | $63,599.99 | RN |
| $52,400 | $52,599.99 | PA | $63,600 | $63,799.99 | RP |
| $52,600 | $52,799.99 | PB | $63,800 | $63,999.99 | RQ |
| $52,800 | $52,999.99 | PC | $64,000 | $64,199.99 | RR |
| $53,000 | $53,199.99 | PD | $64,200 | $64,399.99 | RS |
| $53,200 | $53,399.99 | PE | $64,400 | $64,599.99 | RT |
| $53,400 | $53,599.99 | PF | $64,600 | $64,799.99 | RV |
| $53,600 | $53,799.99 | PH | $64,800 | $64,999.99 | RW |
| $53,800 | $53,999.99 | PJ | $65,000 | $65,199.99 | RX |
| $54,000 | $54,199.99 | PK | $65,200 | $65,399.99 | RY |
| $54,200 | $54,399.99 | PL | $65,400 | $65,599.99 | RZ |
| $54,400 | $54,599.99 | PM | $65,600 | $65,799.99 | SA |
| $54,600 | $54,799.99 | PN | $65,800 | $65,999.99 | SB |
| $54,800 | $54,999.99 | PP | $66,000 | $66,199.99 | SC |

| | | | | | |
|---|---|---|---|---|---|
| $66,200 | $66,399.99 | SD | $77,400 | $77,599.99 | VS |
| $66,400 | $66,599.99 | SE | $77,600 | $77,799.99 | VT |
| $66,600 | $66,799.99 | SF | $77,800 | $77,999.99 | VV |
| $66,800 | $66,999.99 | SH | $78,000 | $78,199.99 | VW |
| $67,000 | $67,199.99 | SJ | $78,200 | $78,399.99 | VX |
| $67,200 | $67,399.99 | SK | $78,400 | $78,599.99 | VY |
| $67,400 | $67,599.99 | SL | $78,600 | $78,799.99 | VZ |
| $67,600 | $67,799.99 | SM | $78,800 | $78,999.99 | WA |
| $67,800 | $67,999.99 | SN | $79,000 | $79,199.99 | WB |
| $68,000 | $68,199.99 | SP | $79,200 | $79,399.99 | WC |
| $68,200 | $68,399.99 | SQ | $79,400 | $79,599.99 | WD |
| $68,400 | $68,599.99 | SR | $79,600 | $79,799.99 | WE |
| $68,600 | $68,799.99 | SS | $79,800 | $79,999.99 | WF |
| $68,800 | $68,999.99 | ST | $80,000 | $80,199.99 | WH |
| $69,000 | $69,199.99 | SV | $80,200 | $80,399.99 | WJ |
| $69,200 | $69,399.99 | SW | $80,400 | $80,599.99 | WK |
| $69,400 | $69,599.99 | SX | $80,600 | $80,799.99 | WL |
| $69,600 | $69,799.99 | SY | $80,800 | $80,999.99 | WM |
| $69,800 | $69,999.99 | SZ | $81,000 | $81,199.99 | WN |
| $70,000 | $70,199.99 | TA | $81,200 | $81,399.99 | WP |
| $70,200 | $70,399.99 | TB | $81,400 | $81,599.99 | WQ |
| $70,400 | $70,599.99 | TC | $81,600 | $81,799.99 | WR |
| $70,600 | $70,799.99 | TD | $81,800 | $81,999.99 | WS |
| $70,800 | $70,999.99 | TE | $82,000 | $82,199.99 | WT |
| $71,000 | $71,199.99 | TF | $82,200 | $82,399.99 | WV |
| $71,200 | $71,399.99 | TH | $82,400 | $82,599.99 | WW |
| $71,400 | $71,599.99 | TJ | $82,600 | $82,799.99 | WX |
| $71,600 | $71,799.99 | TK | $82,800 | $82,999.99 | WY |
| $71,800 | $71,999.99 | TL | $83,000 | $83,199.99 | WZ |
| $72,000 | $72,199.99 | TM | $83,200 | $83,399.99 | XA |
| $72,200 | $72,399.99 | TN | $83,400 | $83,599.99 | XB |
| $72,400 | $72,599.99 | TP | $83,600 | $83,799.99 | XC |
| $72,600 | $72,799.99 | TQ | $83,800 | $83,999.99 | XD |
| $72,800 | $72,999.99 | TR | $84,000 | $84,199.99 | XE |
| $73,000 | $73,199.99 | TS | $84,200 | $84,399.99 | XF |
| $73,200 | $73,399.99 | TT | $84,400 | $84,599.99 | XH |
| $73,400 | $73,599.99 | TV | $84,600 | $84,799.99 | XJ |
| $73,600 | $73,799.99 | TW | $84,800 | $84,999.99 | XK |
| $73,800 | $73,999.99 | TX | $85,000 | $85,199.99 | XL |
| $74,000 | $74,199.99 | TY | $85,200 | $85,399.99 | XM |
| $74,200 | $74,399.99 | TZ | $85,400 | $85,599.99 | XN |
| $74,400 | $74,599.99 | VA | $85,600 | $85,799.99 | XP |
| $74,600 | $74,799.99 | VB | $85,800 | $85,999.99 | XQ |
| $74,800 | $74,999.99 | VC | $86,000 | $86,199.99 | XR |
| $75,000 | $75,199.99 | VD | $86,200 | $86,399.99 | XS |
| $75,200 | $75,399.99 | VE | $86,400 | $86,599.99 | XT |
| $75,400 | $75,599.99 | VF | $86,600 | $86,799.99 | XV |
| $75,600 | $75,799.99 | VH | $86,800 | $86,999.99 | XW |
| $75,800 | $75,999.99 | VJ | $87,000 | $87,199.99 | XX |
| $76,000 | $76,199.99 | VK | $87,200 | $87,399.99 | XY |
| $76,200 | $76,399.99 | VL | $87,400 | $87,599.99 | XZ |
| $76,400 | $76,599.99 | VM | $87,600 | $87,799.99 | YA |
| $76,600 | $76,799.99 | VN | $87,800 | $87,999.99 | YB |
| $76,800 | $76,999.99 | VP | $88,000 | $88,199.99 | YC |
| $77,000 | $77,199.99 | VQ | $88,200 | $88,399.99 | YD |
| $77,200 | $77,399.99 | VR | $88,400 | $88,599.99 | YE |

| | | | | | | |
|---|---|---|---|---|---|---|
| $88,600 | $88,799.99 | YF | $99,800 | $99,999.00 | MA |
| $88,800 | $88,999.99 | YH | $99,800 | $99,999.00 | MA |
| $89,000 | $89,199.99 | YJ | $100,000 | $100,199.00 | MA |
| $89,200 | $89,399.99 | YK | $100,200 | $100,399.00 | MA |
| $89,400 | $89,599.99 | YL | $100,400 | $100,599.00 | MA |
| $89,600 | $89,799.99 | YM | $100,600 | $100,799.00 | MA |
| $89,800 | $89,999.99 | YN | $100,800 | $100,999.00 | MA |
| $90,000 | $90,199.99 | YP | $101,000 | $101,199.00 | MA |
| $90,200 | $90,399.99 | YQ | $101,200 | $101,399.00 | MA |
| $90,400 | $90,599.99 | YR | $101,400 | $101,599.00 | MA |
| $90,600 | $90,799.99 | YS | $101,600 | $101,799.00 | MA |
| $90,800 | $90,999.99 | YT | $101,800 | $101,999.00 | MA |
| $91,000 | $91,199.99 | YV | $102,000 | $102,199.00 | MA |
| $91,200 | $91,399.99 | YW | $102,200 | $102,399.00 | MA |
| $91,400 | $91,599.99 | YX | $102,400 | $102,599.00 | MA |
| $91,600 | $91,799.99 | YY | $102,600 | $102,799.00 | MA |
| $91,800 | $91,999.99 | YZ | $102,800 | $102,999.00 | MA |
| $92,000 | $92,199.99 | ZA | $103,000 | $103,199.00 | MA |
| $92,200 | $92,399.99 | ZB | $103,200 | $103,399.00 | MA |
| $92,400 | $92,599.99 | ZC | $103,400 | $103,599.00 | MA |
| $92,600 | $92,799.99 | ZD | $103,600 | $103,799.00 | MA |
| $92,800 | $92,999.99 | ZE | $103,800 | $103,999.00 | MA |
| $93,000 | $93,199.99 | ZF | $104,000 | $104,199.00 | MA |
| $93,200 | $93,399.99 | ZH | $104,200 | $104,399.00 | MA |
| $93,400 | $93,599.99 | ZJ | $104,400 | $104,599.00 | MA |
| $93,600 | $93,799.99 | ZK | $104,600 | $104,799.00 | MA |
| $93,800 | $93,999.99 | ZL | $104,800 | Any | MA |
| $94,000 | $94,199.99 | ZM | | | |
| $94,200 | $94,399.99 | ZN | | | |
| $94,400 | $94,599.99 | ZP | | | |
| $94,600 | $94,799.99 | ZQ | | | |
| $94,800 | $94,999.99 | ZR | | | |
| $95,000 | $95,199.99 | ZS | | | |
| $95,200 | $95,399.99 | ZT | | | |
| $95,400 | $95,599.99 | ZV | | | |
| $95,600 | $95,799.99 | ZW | | | |
| $95,800 | $95,999.99 | ZX | | | |
| $96,000 | $96,199.99 | ZY | | | |
| $96,200 | $96,399.99 | ZZ | | | |
| $96,400 | $96,599.00 | MA | | | |
| $96,600 | $96,799.00 | MA | | | |
| $96,800 | $96,999.00 | MA | | | |
| $97,000 | $97,199.00 | MA | | | |
| $97,200 | $97,399.00 | MA | | | |
| $97,400 | $97,599.00 | MA | | | |
| $97,600 | $97,799.00 | MA | | | |
| $97,800 | $97,999.00 | MA | | | |
| $98,000 | $98,199.00 | MA | | | |
| $98,200 | $98,399.00 | MA | | | |
| $98,400 | $98,599.00 | MA | | | |
| $98,600 | $98,799.00 | MA | | | |
| $98,800 | $98,999.00 | MA | | | |
| $99,000 | $99,199.00 | MA | | | |
| $99,200 | $99,399.00 | MA | | | |
| $99,400 | $99,599.00 | MA | | | |
| $99,600 | $99,799.00 | MA | | | |

**Note: All vehicles with a value higher than $96,400.00 are class MA.**

# EXHIBIT C

STATE OF CALIFORNIA - BUSINESS, TRANSPORTATION AND HOUSING AGENCY                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF MOTOR VEHICLES**
INFORMATION SERVICES BRANCH
P. O. BOX 942890
SACRAMENTO, CA  94290-0890



July 3, 2008

Mr. Jason L. Gray
SVP, Strategic Development and General Counsel
Mitchell International, Inc
9889 Willow Creek Road
San Diego, CA 92196-0260

Re: DMV Vehicle Data

Dear Mr. Gray:

This is a response to your letter dated June 12, 2008, regarding data the Department of Motor
Vehicles (DMV) is providing to your company relating to vehicles sold by automobile dealerships
in California.  The following explanations are provided to address your questions regarding the
information from the "data feed."

**Actual Sale Price** – *"Mitchell does not know if the DMV's 'range' includes only the price for
which the vehicle was sold, or if it also includes items such as license fees, registration fees,
transfer fees, extended warranties, and the likes.  Please provide us with this information.  In
addition, please let us know if there is any way for the DMV to provide Mitchell (or any other
vendor) with the actual sales price for a particular vehicle in lieu of these 'ranges.' "*

Purchase price (or sale price) information from a dealership transaction is not captured during
the vehicle registration process.  Instead, the VLF class code is used for tax liability purposes
pursuant to *Revenue and Taxation Code* §§10751-10753.  Section 10753(a), also directs the
Department to *"determine the market value of the vehicle on the basis of the cost price to the
purchaser as evidenced by a certificate of cost* (bill of sale)*, but not including California sales
or use tax, or any local sales, transactions, use, or other local tax"*.  As a result, the VLF
chart covers only the market value or cost price of a vehicle at the time of sale.  It does not
include items such as license, registration, transfer fees, or extended warranty.  Unfortunately,
the department cannot offer any other vehicle sale data in lieu of the ranges.

**Actual Sold Date of a Vehicle** – *"Please tell us whether there is any way for the DMV to
provide Mitchell (or any other vendor) with the actual sold date for a particular vehicle."*

Mitchell International, Inc.
July 3, 2008
Page 2

Your description of the Ownership Certificate Issue Date (OCID) is accurate. It does reflect the date the department anticipates the issuance of the actual ownership certificate.

However, the revised file pass that was conducted on May 23, 2008, provided the OCID and the vehicle transfer date (date when a vehicle was sold or transferred to the new owner) as described in Field #5 on the record layout. This information is considered actual sold date recorded from the dealer's report of sale.

**ZIP Code Information for the Location Where a Vehicle was Sold** – *"Please confirm that the DMV data feed does not reflect the actual location of the sold vehicle, but rather the location of the main business office of such dealer. Also, please advise us whether or not it is possible for the DMV to provide Mitchell (or any other vendor) with the zip code for the individual location where the vehicle was actually sold."*

There appears to be some confusion as it relates to the zip code. The only dealer information captured in the Vehicle Registration database is the dealer identification number which is issued by the department's Occupational Licensing Program. The zip code that is reflected on the vehicle record is related to the registered owner of the vehicle. The department does not record the zip code information for dealership locations or the location where vehicle sales occurred in the Vehicle Registration database. As a result, the department is unable to provide your company with this information.

The department can continue providing the dealer list maintained by the Occupational Licensing Program that contains dealer ID number and address information. However, it provides little help when one dealer has multiple locations.

If you have more questions, please contact me at 916-657-8052 or Tam Le of my staff at 916-657-8844.

Sincerely,

STACY COCKRUM, Chief
Information Services Branch

cc: Jean Shiomoto, Deputy Director
    Tam Le, Manager