1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  BRUCE D. CELEBREZZE  Bar No. 102181
   LAURA L. GOODMAN  Bar No. 142689
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
7  INSURANCE COMPANY

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

| 11  ARNESHA M. GARNER, on behalf of herself and all others similarly situated, | CASE NO. CV 08 1365 CW (EMC) |
|---|---|
| 12         Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF ARNESHA GARNER'S MOTION FOR A PROTECTIVE ORDER** |
| 13      v. | |
| 14  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | JUDGE: Magistrate Judge Edward M. Chen<br>DEPT:  Courtroom C, 15th Floor<br>DATE:  July 23, 2008<br>TIME:   10:30 a.m |
| 15-17         Defendant. | |

18

19      Plaintiff Arnesha Garner's motion for a protective order concerning discovery of

20  documents identified in paragraphs 1 and 13 of Exhibit A to State Farm Mutual Automobile

21  Insurance Company's subpoena to the California Department of Motor Vehicles ("DMV") came

22  on regularly for hearing before this Court on July 23, 2008 at 10:30 a.m. in Courtroom C, the

23  Honorable Edward M. Chen presiding.  All parties appeared through counsel.  After full

24  consideration of the parties' papers and the oral argument of counsel, this Court orders as

25  follows:

26      IT IS HEREBY ORDERED that:

27      1.    Plaintiff Arnesha Garner's motion for a protective order is DENIED.

28

1      2.    Counsel for State Farm may advise the DMV that it can produce the documents

2  requested in State Farm's subpoena, served upon the DMV on June 30, 2008.

4  DATED: July __, 2008

                                  HONORABLE EDWARD M. CHEN
                                  UNITED STATES MAGISTRATE JUDGE