## In the United States District Court
## for the Northern District of California
## Magistrate Judge Edward M. Chen

## CIVIL MINUTES

**E-FILING**

**Date:** July 23, 2008
**Case No:** C08-1365 CW (EMC)

**Time:** 11:09- 11:27 a.m.
**Court Reporter:** Belle Ball 373-2529

**Case Name:** Garner v. State Farm, et al.

**Attorneys:** David Birka-White and Stephen Oroza for Plaintiff
Kevin Dunne for Defendants

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

**ORDERED AFTER HEARING:**

- PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff's motion is granted in part and denied in part. Court to issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:**

cc: EMC