IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNESHA M. GARNER,

    Plaintiff,

  v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____/

No. C 08-1365 CW

ORDER CONCERNING DEFENDANT'S OBJECTION TO DISCOVERY ORDER

    Defendant has filed an objection to Magistrate Judge Chen's order granting in part and denying in part Plaintiff's motion for a protective order.  If Plaintiff wishes to file a response to the objection containing arguments not already raised in support of her motion for a protective order, she must do so by August 6, 2008. Otherwise, the Court will take the objection under submission based on the papers already filed.

    IT IS SO ORDERED.

Dated: 8/4/2008

CLAUDIA WILKEN
United States District Judge