IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNESHA M. GARNER,

        Plaintiff,

   v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.
                                  /

No. C 08-1365 CW

ORDER SUSTAINING DEFENDANT'S OBJECTION TO DISCOVERY ORDER

    Defendant has filed an objection to Magistrate Judge Chen's order granting in part and denying in part Plaintiff's motion for a protective order.  The magistrate judge did not commit clear error in ruling that the actual sales price information sought in Defendant's subpoena to the Department of Motor Vehicles falls outside the scope of the discovery permitted under the Court's earlier order.  However, to the extent the requested information is available, it will inform the appraisal ordered by the Court.  For this reason, the Court will permit discovery of the information. Accordingly, Defendant's objection is SUSTAINED and Plaintiff's motion for a protective order is DENIED with respect to the actual

1  sales price information Defendant seeks from the DMV.
2      IT IS SO ORDERED.

4  Dated: 8/12/08

                              CLAUDIA WILKEN
                              United States District Judge

7  cc:  EMC