SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE  Bar No. 40030
BRUCE D. CELEBREZZE  Bar No. 102181
LAURA L. GOODMAN  Bar No. 142689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY


BIRKA-WHITE LAW OFFICES
DAVID M. BIRKA-WHITE  Bar No. 85721
STEPHEN OROZA Bar No. 84681
THOMAS D. HICKS Bar No. 238545
The Danville Hotel
411 Hartz Avenue, Suite 200
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

(Additional counsel listed on signature page)

Attorneys for Plaintiff
ARNESHA GARNER, an individual on
behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>**STIPULATION AND ORDER PERMITTING PARTIES TO FILE BRIEFS IN EXCESS OF 25-PAGE LIMIT IN SUPPORT OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THIS STIPULATION is entered into by and between plaintiff Arnesha Garner and defendant State Farm Mutual Automobile Insurance Company.

**RECITALS**

WHEREAS, the Court in its Order dated June 30, 2008 has set the following schedule and requirements for the briefing on motions for summary adjudication on the effectiveness of the Total Loss Regulation:

1. Defendant is to file its motion for summary adjudication on the effectiveness of the Total Loss Regulation by November 20, 2008;
2. Plaintiff is to file her opposition to defendant's motion and any cross-motion for summary adjudication on the effectiveness of the Total Loss Regulation in a single brief by December 4, 2008;
3. Defendant is to file its reply in support of its motion for summary adjudication and its opposition to plaintiff's cross-motion in a single brief by December 18, 2008;
4. Plaintiff is to file her reply in support of her cross-motion for summary adjudication by January 8, 2009.
5. A hearing on both motions is to be held on January 22, 2009 at 2:00 p.m.

WHEREAS, the parties will be in a position to brief summary adjudication on the effectiveness of the Total Loss Regulation on the schedule specified.

WHEREAS, Northern District Local Rule 7-2(b) requires that an opening motion consist of one filed document not exceeding 25 pages in length.

WHEREAS, Northern District Local Rule 7-3(a) requires that any opposition to a motion not exceed 25 pages in length.

WHEREAS, Northern District Local Rule 7-3(c) requires that a reply brief consist of one filed document not exceeding 15 pages in length.

WHEREAS, the parties have determined the effectiveness of the Total Loss Regulation raises complex legal and factual issues that require briefing in excess of these page limits for their opening, opposition, and reply briefs.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff and defendant, by and through their respective counsel of record, that due to the complex legal and factual issues involved in briefing the issue of the effectiveness of the Total Loss Regulation, that.

1. Defendant's motion for summary adjudication on the effectiveness of the Total Loss Regulation may be up to and including 35 pages in length (not including any supporting declarations, affidavits, exhibits, or proposed order).

2. Plaintiff's opposition to defendant's motion and any cross-motion for summary adjudication on the effectiveness of the Total Loss Regulation must be contained in a single brief which may be up to and including 35 pages in length (not including any supporting declarations, affidavits, exhibits, or proposed order).

3. Defendant's reply in support of its motion and in opposition to plaintiff's cross-motion for summary adjudication must be contained in a single brief which may be up to and including 20 pages in length (not including any supporting declarations, affidavits, exhibits, or proposed order).

4. Plaintiff's reply motion in support of her cross-motion for summary adjudication may be up to and including 20 pages in length (not including any supporting declarations, affidavits, or proposed order).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: November __, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
   Kevin J. Dunne
   Bruce D. Celebrezze
   Laura L. Goodman

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

SF/1547876v1

-3-    **CASE NO. CV 08 1365 CW (EMC)**
STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO FILE BRIEFS IN EXCESS OF 25-PAGE LIMIT IN SUPPORT OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT

DATED:  November __, 2008         BIRKA-WHITE LAW OFFICES


By: _____
    David M. Birka-White
    Stephen Oroza
    Thomas D. Hicks


LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Robert J. Nelson (State Bar No. 132797)
Michael W. Sobol (State Bar No. 194857)
Roger Heller (State Bar No. 215348)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

BERDING & WEIL, LLP
Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
3240 Stone Valley Road West
Alamo, California 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592

Attorneys for Plaintiff
ARNESHA GARNER, an individual on
behalf of herself and all others similarly situated

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor,

**IT IS SO ORDERED**.

    11/14/08

DATED: _____          _____

                                             The Honorable Claudia Wilken
                                             United States District Court Judge

SF/1547876v1

-4-          **CASE NO. CV 08 1365 CW (EMC)**
STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO FILE BRIEFS IN EXCESS OF 25-PAGE LIMIT IN SUPPORT OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT