Robert J. Nelson (State Bar No. 132797)
Michael W. Sobol (State Bar No. 194857)
Roger Heller (State Bar No. 215348)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

David M. Birka-White (State Bar No. 85721)
dbw@birka-white.com
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Jeffrey B. Cereghino (State Bar No. 99480)
Steven R. Weinmann (State Bar No. 190956)
BERDING & WEIL, LLP
3240 Stone Valley Road West
Alamo, California 94507
Telephone:    (925) 838-2090
Facsimile:    (925) 820-5592

Attorneys for Plaintiff Arnesha Garner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 08 1365 CW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LANCE COREN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE COUNSEL FROM <u>ATTENDING APPRAISAL HEARING</u>**<br><br>Date: December 4, 2008<br>Time: 2:00 pm<br>Honorable Claudia Wilken |

I, Lance Coren, hereby declare as follows:

1. I am an automobile appraiser with over thirty years of experience appraising automobiles. I hold an Expert Master Appraiser Type Designation from the International Automotive Appraisers Association (IAAA), the leading automotive appraisal association in the world, and a Master Expert Designation from the International Organization of Experts to The United Nations (ORDINEX). These expert designations are in Automotive Accident Impact Analysis and Automotive Appraisals. I am one of only six people in the world to attain these designations.

2. I also hold expert certifications for Material Damage Analysis from the Inter-Industry Conference of Auto Collision Repair (ICAR) and the National Institute for Automotive Service Excellence (ASE), an M.B.A. from Cal-Western University, a Certificate from the SAE/UCLA Traffic Institute and an expert auto appraisal registration with the United States Internal Revenue Service.

3. I am on the Advisory Board for the NADA Collector Car Appraisal Guides and the Black Book Value Guide.

4. I have testified as an expert vehicle appraiser in over fifty cases.

5. In addition, I have participated in hundreds of appraisals under insurance policies using the same three-appraiser system as is specified in the State Farm policy at issue in this case.

6. I have been advised by Plaintiff's counsel that they would like to have one attorney observe the appraisal hearing related to the vehicle of Plaintiff Arnesha Garner.

7. The attendance of attorneys at appraisal hearings is an accepted practice in the appraisal business. On numerous occasions over the years, attorneys have attended appraisal hearings at which I was present. Attorneys have attended hearings on behalf of one or both of the parties. Attorneys have attended both as observers and participants. The request of plaintiff's counsel to observe the proceedings is consistent with historical practices.

8. I have been involved in a number of three-appraiser proceedings with Dennis Mitosinka, State Farm's appointed appraiser in this case. In one such hearing, Mr.

1 | Mitosinka was accompanied by an attorney who participated directly in the hearing and
2 | substantially supplemented Mr. Mitosinka's presentation.
3 |     9. It is an acceptable practice for attorneys to observe or supplement the
4 | presentation of appraisers. Over the years I have spoken with numerous appraisers regarding the
5 | presence of attorneys at three-appraiser hearings and I am aware that this practice is broadly
6 | accepted in the industry.
7 |     10. The presence of one attorney at the Garner appraisal hearing would in no
8 | way obstruct or interfere with the appraisal hearing.
9 |     11. The foregoing facts are within my personal knowledge and, if called upon
10 | to do so, I could and would testify competently thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2008 in Prather, California.

*Lance Coren*

790440.1