Robert J. Nelson (State Bar No. 132797)
Michael W. Sobol (State Bar No. 194857)
Roger Heller (State Bar No. 215348)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:     (415) 956-1000
Facsimile:      (415) 956-1008

David M. Birka-White (State Bar No. 85721)
dbw@birka-white.com
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA 94526
Telephone:     (925) 362-9999
Facsimile:      (925) 362-9970

*Attorneys for Plaintiff ARNESHA GARNER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.  CV 08 1365 CW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REGARDING SCOPE OF DISCOVERY**<br><br>Date:<br>Time:<br>Honorable Claudia Wilken |

1    WHEREAS, on January 22, 2009, at the hearing on the cross-motions for partial summary
2 judgment of Defendant State Farm Mutual Automobile Insurance Company ("State Farm") and
3 Plaintiff Arnesha Garner ("Plaintiff"), the Court ordered the parties to meet and confer regarding
4 the appropriate scope of discovery prior to briefing on class certification.

5    WHEREAS, the parties have met and conferred regarding the proper scope of discovery at
6 this stage of the case, pursuant to the Court's order.

7    NOW, THEREFORE, pursuant to Local Rule 7-12, Plaintiff and State Farm, by and
8 through their respective counsel, stipulate that:

9    Discovery shall be phased between class and merits discovery with discovery regarding
10 class certification issues proceeding now and discovery regarding merits being stayed until a
11 determination has been made on class certification.  The parties reserve the right to take the
12 position that discovery may be had related to class certification issues even if that discovery
13 overlaps with merits issues.  Any discovery dispute regarding whether certain discovery is
14 certification-related or merits-related that cannot be informally resolved, will be submitted to
15 Magistrate Judge Chen and shall be subject to Fed.R.Civ.P. 72 and Local Rule 72.

1
2      STIPULATED TO AND AGREED:

3   DATED:  April 14, 2009                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

4
5                                         By:   */s/ Roger N. Heller*
                                                Roger N. Heller
6                                               Embarcadero Center West
                                                275 Battery Street, 30th Floor
7                                               San Francisco, CA  94111-3339
                                                Telephone:   (415) 956-1000
                                                Facsimile:    (415) 956-1008
8
9                                         *Attorneys for Plaintiff ARNESHA GARNER*

10  DATED:  April 14, 2009                SEDGWICK, DETERT, MORAN & ARNOLD, LLP

11
12                                        By:   */s/ Laura L. Goodman*
                                                Laura L. Goodman
13                                              One Market Plaza
                                                Steuart Street Tower, 8th Floor
14                                              San Francisco, CA  94104
                                                Telephone:   (415) 781-7900
                                                Facsimile:    (415) 781-2635
15
16                                        *Attorneys for Defendant STATE FARM MUTUAL
                                          AUTOMOBILE INSURANCE COMPANY*

17                              **ORDER**

18      Pursuant to the stipulation of the parties, and good cause appearing therefor,

19      IT IS SO ORDERED this _16th_ day of _April_, 2009.

20
21                                        _____
22                                        CLAUDIA WILKEN
                                          United States District Judge
23
24
25
26
27  809785.1
28

                                              - 2 -    STIPULATION AND [PROPOSED] ORDER
                                                       REGARDING SCOPE OF DISCOVERY
                                                       CASE NO. CV 08 1365 CW