

ONE MARKET PLAZA  STEUART TOWER, 8TH FLOOR  SAN FRANCISCO, CALIFORNIA 94105

*www.sdma.com*  415.781.7900 *phone*  415.781.2635 *fax*

May 15, 2009

**E-FILED**
Honorable Edward M. Chen
United States District Court
Courtroom C
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Request for Phone Appearance for Katherine Armstrong 212.735.2954**
*Arnesha M. Garner v. State Farm Mutual Automobile Insurance Company*
United States District Court-Northern District Case No. CV 08 1365 CW (EMC)
**Motion Hearing Re Protective Order:  May 27, 2009 at 10:30 a.m**.
**Judge Edward M. Chen – Courtroom C**

Dear Judge Chen:

We represent State Farm Mutual Automobile Insurance Company in the above-entitled matter.  This letter is to request that Katherine Armstrong, admitted pro hac vice in this matter, be allowed to appear by telephone at the hearing regarding the motion for protective order as to policyholder identifying information scheduled for May 27, 2009 at 10:30 a.m.  Local counsel will be present at the hearing.

We would appreciate it if you could have your clerk inform us whether the phone appearance is granted.

Thank you for considering our request.

Very truly yours,

*/s/  Laura Goodman*

Laura L. Goodman
Sedgwick, Detert, Moran & Arnold LLP

IT IS SO ORDERED that defense counsel Katherine Armstrong is allowed to appear by telephone.  Court will call Ms. Armstrong at (212) 732-2954 on 5/27/09 between 10:30 a.m. to 12:00 p.m.

_____
Edward M. Chen
U.S. Magistrate Judge

SF/1599321v1