| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>MICHELLE Y. MCISAAC Bar No. 215294<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, NY  20036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br><br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>MICHAEL W. SOBOL Bar No. 194857<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone: (925) 362-9999<br>Facsimile:   (925) 362-9970<br><br>Attorneys for Plaintiff<br>ARNESHA GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>**AMENDED STIPULATION AS TO POLICYHOLDER IDENTIFYING INFORMATION AND ORDER THEREON** |

Arnesha Garner ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant"), collectively referred to herein as the "Parties," by and through their attorneys of record, hereby stipulate as follows:

-1-
AMENDED STIPULATION AS TO POLICYHOLDER IDENTIFYING INFORMATION
AND [PROPOSED] ORDER

SF/1602836v1

This stipulation applies only to "Class Certification Proceedings" in the above-captioned matter. The parties hereby stipulate and agree that, for purpose of this Stipulation, "Class Certification Proceedings" are limited to motions, briefing, evidence and argument offered in support of any motion that a class action should be certified in the above-captioned action; motions, briefing, evidence and argument offered in opposition to such a motion; and any hearings on such a motion. It is not the intent of the parties to limit by this Stipulation any arguments, claims, defenses or evidence they might assert or offer in this action on the merits other than in proceedings relating to class certification.

The parties hereby stipulate that the state of mind of the putative class members is not relevant to the determination of whether a class action should be certified, and will not be placed at issue in the Class Certification Proceedings.

This stipulation is conditioned upon the entry of a protective order by the Court providing that Defendant is not required to disclose, prior to class certification,[1] the names and addresses or other identifying information of its policyholders to Plaintiff, her attorneys or any other representatives, agents, experts or consultants of Plaintiff or her attorneys. In the event that Defendant's Motion for Protective Order as to Policyholder Identifying Information is denied in whole or in part, this Stipulation will be null and void.

DATED:  June 2, 2009					SEDGWICK, DETERT, MORAN & ARNOLD LLP

						By:	 /s/ Laura Goodman
							Laura L. Goodman
							Attorneys for Defendant
							STATE FARM MUTUAL AUTOMOBILE
							INSURANCE COMPANY

/ / /

/ / /

---

[1] Defendant makes this stipulation without waiving its right to seek a further protective order after class certification, if any; however, this stipulation is not intended to govern such proceedings.

-2-

AMENDED STIPULATION AS TO POLICYHOLDER IDENTIFYING INFORMATION
AND [PROPOSED] ORDER

SF/1602836v1

| | | |
|---|---|---|
| 1 | DATED: June 2, 2009 | BIRKA-WHITE LAW OFFICES |
| 2 | | |
| 3 | | By:   /s/ David Birka-White |
| | | David M. Birka-White |
| | | Attorneys for Plaintiff |
| 4 | | ARNESHA GARNER |

6  IT IS SO ORDERED.

8  DATED: June _5_, 2009

UNITED STATES DISTRICT JUDGE

-3-
AMENDED STIPULATION AS TO POLICYHOLDER IDENTIFYING INFORMATION
AND [PROPOSED] ORDER

SF/1602836v1