1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN J. DUNNE  Bar No. 40030
2  LAURA L. GOODMAN  Bar No. 142689
   MICHELLE Y. MCISAAC Bar No. 215294
3  ANDREW J. KING Bar No. 253962
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
7  KATHERINE ARMSTRONG (pro hac vice)
   Four Times Square
8  New York, NY  20036
   Telephone:  (212) 735-3000
9  Facsimile:  (212) 735-2000

10  Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE
11  INSURANCE COMPANY

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15  ARNESHA M. GARNER, on behalf of          CASE NO. CV 08 1365 CW (EMC)
    herself and all others similarly situated,
16                                            **STIPULATED PROTECTIVE ORDER**
            Plaintiff,
17                                            JUDGE:    Magistrate Judge Edward M. Chen
            v.
18
    STATE FARM MUTUAL
19  AUTOMOBILE INSURANCE
    COMPANY, et al.,
20
            Defendant.
21

22        WHEREAS, on April 16, 2009, defendant State Farm Mutual Automobile Insurance

23  Company ("State Farm") filed a motion for a protective order to allow State Farm to redact

24  policy holder identifying information from documents that State Farm produces in this case

25  (Docket No. 162) (hereinafter, the "Motion"), which Plaintiff opposed;

26        WHEREAS, the Motion was heard by this Court on May 27, 2009;

27        WHEREAS, at the conclusion of the hearing on the Motion, the Court ordered the parties

28  to meet and confer regarding entering into a stipulation to resolve the Motion;

SEDGWICK
DETERT, MORAN & ARNOLD LLP

                                            -1-        CASE NO. CV 08 1365 CW (EMC)
                        STIPULATED PROTECTIVE ORDER

1    WHEREAS, upon meeting and conferring pursuant to the Court's order, the parties

2  entered into a Stipulation, whereby the parties stipulated that the state of mind of putative class

3  members is not relevant to the determination of whether a class action should be certified, and

4  will not be placed at issue during the class certification proceedings.

5    WHEREAS, the parties' Stipulation was conditioned upon the entry of a protective order

6  by the Court providing that Defendant is not required to disclose, prior to class certification, the

7  names and addresses or other identifying information of its policyholders to Plaintiff, her

8  attorneys or any other representatives, agents, experts, or consultants of Plaintiffs or her

9  attorneys.

10    WHEREAS, the parties' Stipulation was signed by the Honorable Claudia Wilken,

11  United States District Judge, on June 5, 2009 (Docket No. 182).

12    WHEREAS, in light of the foregoing, the parties hereby stipulate to and petition the

13  Court to enter the following Stipulated Protective Order:

14    1.    Defendant is not required to disclose, prior to class certification, the names and

15  addresses or other identifying information of its policyholders to Plaintiff, her attorneys or any

16  other representatives, agents, experts, or consultants of Plaintiffs or her attorneys.

17    STIPULATED TO AND AGREED:

18  DATED:  July 9, 2009                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

19

20                                          By: ___*/s/ Roger N. Heller*_____
                                                 Roger N. Heller
21                                               Embarcadero Center West
                                                 275 Battery Street, 30th Floor
22                                               San Francisco, CA  94111-3339
                                                 Telephone:    (415) 956-1000
23                                               Facsimile:    (415) 956-1008

24                                          *Attorneys for Plaintiff ARNESHA GARNER*

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

DATED:  July 9 2009                    SEDGWICK, DETERT, MORAN & ARNOLD, LLP


                                       By:    /s/ Laura L. Goodman
                                              Laura L. Goodman
                                              One Market Plaza
                                              Steuart Street Tower, 8th Floor
                                              San Francisco, CA  94104
                                              Telephone:    (415) 781-7900
                                              Facsimile:    (415) 781-2635

                                       *Attorneys for Defendant STATE FARM MUTUAL*
                                       *AUTOMOBILE INSURANCE COMPANY*

### ORDER

     PURSUANT TO STIPULATION, and good cause appearing therefor,

     IT IS SO ORDERED.


DATED: __July 13_____, 2009


                                 _____
                                 THE HONORABLE EDWARD M. CHEN
                                 UNITED STATES MAGISTRATE JUDGE

824848.1

IT IS SO ORDERED

Judge Edward M. Chen

                                                -3-          CASE NO. CV 08 1365 CW (EMC)
                                       STIPULATED PROTECTIVE ORDER