| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>MICHELLE Y. MCISAAC Bar No. 215294<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, NY  20036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br><br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>MICHAEL W. SOBOL Bar No. 194857<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone: (925) 362-9999<br>Facsimile:  (925) 362-9970<br><br>Attorneys for Plaintiff<br>ARNESHA GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>   Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>**AGREED ORDER RE: EXCHANGE OF EXPERT DISCLOSURES** |

Arnesha Garner ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant"), collectively referred to herein as the "Parties," by and through their attorneys of record, hereby stipulate as follows:

1  WHEREAS, on May 12, 2009, this Court entered an order providing that Defendant was to disclose any expert witnesses it intended to rely upon in opposition to class certification on August 3, 2009, and plaintiff would identify any rebuttal experts by August 10, 2009;

WHEREAS, by letter dated July 6, 2009, the parties agreed that they would simultaneously exchange opening reports of class certification experts on August 3, 2009, with rebuttal reports, if any, to be simultaneously exchanged on August 10, 2009;

WHEREAS, Plaintiff has requested an extension of the deadline for opening reports to August 17, 2009, and Defendant does not oppose this request;

WHEREAS, in light of the foregoing, the parties hereby stipulate to and petition the Court to enter the following Order:

1. If either party will offer expert testimony in support of or opposition to class certification, such expert must be disclosed on or before August 17, 2009. The disclosure must be accompanied by a report pursuant to Federal Rule of Civil Procedure 26.

2. Rebuttal expert reports, if any, must be provided by August 24, 2009.

3. The remaining deadlines established by the Court's order of May 12, 2009, remain the same.

DATED: July 29, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: */s/ Laura L. Goodman*
Laura L. Goodman
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DATED: July 29, 2009            BIRKA-WHITE LAW OFFICES


By: */s/ David M. Birka-White* (with permission)
David M. Birka-White
Attorneys for Plaintiff
ARNESHA GARNER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing therefor,

IT IS SO ORDERED.

DATED: 8/4/ 2009

*/s/ Claudia Wilken*

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE