

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105

*www.sdma.com*   415.781.7900 *phone*   415.781.2635 *fax*

September 30, 2009

**E-FILED**
Honorable Edward M. Chen
United States District Court
Courtroom C
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  **Request for Phone Appearance for Katherine Armstrong 212.735.2954**
*Arnesha M. Garner v. State Farm Mutual Automobile Insurance Company*
United States District Court-Northern District Case No. CV 08 1365 CW (EMC)
**Hearing Re Joint Letter Re Discovery Dispute:  October 2, 2009 at 3:30 p.m.**
**Judge Edward M. Chen – Courtroom C**

Dear Judge Chen:

We represent State Farm Mutual Automobile Insurance Company in the above-entitled matter.  This letter is to request that Katherine Armstrong, admitted pro hac vice in this matter, be allowed to appear by telephone at the hearing regarding the joint letter regarding discovery dispute scheduled for October 2, 2009 at 3:30 p.m.  Local counsel will be present at the hearing.  Katherine Armstrong would like to appear because she has knowledge of the facts relating to the discovery issues before the court.

We would appreciate it if you could have your clerk inform us whether the phone appearance is granted.

Thank you for considering our request.

Very truly yours,

*/s/  Laura Goodman*

Laura L. Goodman
Sedgwick, Detert, Moran & Arnold LLP

IT IS SO ORDERED that the court will call Attorney Katherine Armstrong between 3:30 p.m. and 4:30 p.m. at (212) 732-2954.

_____
Edward M. Chen
U.S. Magistrate Judge

SF/1629115v1

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*