SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE Bar No. 40030
LAURA L. GOODMAN Bar No. 142689
MICHELLE Y. MCISAAC Bar No. 215294
ANDREW J. KING Bar No. 253962
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
KATHERINE ARMSTRONG (pro hac vice)
Four Times Square
New York, NY 20036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ROBERT J. NELSON Bar No. 132797
MICHAEL W. SOBOL Bar No. 194857
ROGER HELLER Bar No. 215348
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

BIRKA-WHITE LAW OFFICES
DAVID M. BIRKA-WHITE Bar No. 85721
411 Hartz Avenue, Suite 200
Danville, California 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Attorneys for Plaintiff
ARNESHA GARNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendant. | CASE NO. CV 08 1365 CW(EMC)<br><br>**STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION ORDER THEREON** |

Arnesha Garner ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant"), collectively referred to herein as the "Parties," by and through their attorneys of record, hereby stipulate as follows:

1. On Friday October 23, 3009, the Parties participated in a mediation in this matter before the Honorable Daniel Weinstein (Ret.) of JAMS in New York. The mediation was

-1-
STIPULATION RE MOTION FOR CLASS CERTIFICATION
AND [PROPOSED] ORDER

SF/1635074v1

1 productive and the Parties continue to work together to reach an informal resolution of this
2 matter.

3     2.    Plaintiff's motion for class certification is scheduled to be heard by the Court on
4 October 29, 2009 at 2:00 p.m.

5     3.    The Parties jointly request and stipulate that the hearing on Plaintiff's motion for
6 class certification be continued until December 3, 2009 at 2:00 p.m. in order to allow the Parties
7 to continue the process begun during the mediation.

DATED: October 28, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:     */s/ Laura Goodman*
    Laura L. Goodman
    Attorneys for Defendant
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DATED: October 28, 2009            BIRKA-WHITE LAW OFFICES

By:     */s/ David Birka-White*
    David M. Birka-White
    Attorneys for Plaintiff
    ARNESHA GARNER

IT IS SO ORDERED.

DATED: October 28, 2009

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION RE MOTION FOR CLASS CERTIFICATION
AND [PROPOSED] ORDER

SF/1635074v1