| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>MICHELLE Y. MCISAAC Bar No. 215294<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, NY  20036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br><br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>MICHAEL W. SOBOL Bar No. 194857<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone:  (925) 362-9999<br>Facsimile:   (925) 362-9970<br><br>Attorneys for Plaintiff<br>ARNESHA GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>             Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>**STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION ORDER THEREON AS MODIFIED** |

Arnesha Garner ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant"), collectively referred to herein as the "Parties," by and through their attorneys of record, hereby stipulate as follows:

1. On Friday October 23, 3009, the Parties participated in a mediation in this matter before the Honorable Daniel Weinstein (Ret.) of JAMS in New York. The mediation was productive and the Parties continue to work together to reach an informal resolution of this matter.

2. Plaintiff's motion for class certification was previously scheduled to be heard by the Court on October 29, 2009 at 2:00 p.m.

3, On October 28, 2009, the Parties jointly requested and stipulated that the hearing on Plaintiff's motion for class certification be continued until December 3, 2009 at 2:00 p.m. in order to allow the Parties to continue the process begun during the mediation.

4. Negotiations among the Parties are continuing and significant progress has been made. The Parties, therefore, jointly request and stipulate that the hearing be continued until January 7, 2010 at 2:00 p.m.

DATED: November 30, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By:    /s/ Laura Goodman
                                        Laura L. Goodman
                                        Attorneys for Defendant
                                        STATE FARM MUTUAL AUTOMOBILE
                                        INSURANCE COMPANY


DATED: November 30, 2009          BIRKA-WHITE LAW OFFICES

                                  By:    /s/ David Birka-White
                                        David M. Birka-White
                                        Attorneys for Plaintiff
                                        ARNESHA GARNER


IT IS SO ORDERED, EXCEPT THE MOTION WILL BE DECIDED ON THE PAPERS.

DATED:  12/1    , 2009            [signature: Claudia Wilken]
                                  THE HONORABLE CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

-2-
STIPULATION RE MOTION FOR CLASS CERTIFICATION
AND [PROPOSED] ORDER