SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE Bar No. 40030
LAURA L. GOODMAN Bar No. 142689
MICHELLE Y. MCISAAC Bar No. 215294
ANDREW J. KING Bar No. 253962
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
KATHERINE ARMSTRONG (pro hac vice)
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ROBERT J. NELSON Bar No. 132797
MICHAEL W. SOBOL Bar No. 194857
ROGER HELLER Bar No. 215348
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

BIRKA-WHITE LAW OFFICES
DAVID M. BIRKA-WHITE Bar No. 85721
411 Hartz Avenue, Suite 200
Danville, California 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Attorneys for Plaintiff
ARNESHA M. GARNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>**STIPULATION AND ORDER REQUESTING HEARING ON PRELIMINARY APPROVAL OF CLASS SETTLEMENT   AS MODIFIED** |

    Plaintiff Arnesha Garner ("Plaintiff") and Defendant State Farm Mutual Automobile Insurance Company (collectively, the "Parties"), by and through their attorneys of record, jointly request that the Court set a hearing for preliminary approval of a class settlement for January 7, 2010 at 2:00 p.m., or at such time as soon thereafter as the Court can hear the matter.

-1-
STIPULATION AND [PROPOSED] ORDER RE HEARING ON PRELIMINARY APPROVAL

SF/1651218v1

WHEREAS, the Parties have extensively negotiated and agreed to a settlement of this matter.

WHEREAS, concurrently herewith, each party is filing its respective motion for preliminary approval of the class settlement which will include the proposed Settlement Agreement, along with the exhibits thereto consisting of the proposed Notice, the proposed Preliminary Approval Order, the proposed Final Judgment, and the proposed Supplemental Notice.

WHEREAS, Plaintiff previously filed a motion for class certification which was continued to January 7, 2009. In light of the settlement, the parties request that the Court not determine the class certification motion but instead hear and determine the motions for preliminary approval.

WHEREAS, if the Court decides the motions for preliminary approval on the papers, no hearing will be held. If the Court decides to hold a hearing on the motions, the parties agree that out-of-state counsel may appear at such hearing telephonically if acceptable to the Court.

IT IS SO STIPULATED.

DATED: January 4, 2009      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   */s/ Laura L. Goodman*
Laura L. Goodman
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DATED: January 4, 2009  BIRKA-WHITE LAW OFFICES

By:   */s/ David M. Birka-White*
David M. Birka-White
Attorneys for Plaintiff
ARNESHA M. GARNER

-2-
STIPULATION AND [PROPOSED] ORDER RE HEARING ON PRELIMINARY APPROVAL

SF/1651218v1

## ORDER ON STIPULATION

Having read and considered the parties' stipulation, the Court orders as follows:

The Court will determine the parties' motions for preliminary approval of class settlement **on the papers**. If the Court requires a hearing on the motions for preliminary approval, it will advise the parties of the date and time of such hearing and out-of-state counsel may appear for such hearing telephonically.

IT IS SO ORDERED.

Dated: January _5, 2010

*/s/ Claudia Wilken*
The Honorable Claudia Wilken
United States District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER RE HEARING ON PRELIMINARY APPROVAL

SF/1651218v1