| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>MICHELLE Y. MCISAAC Bar No. 215294<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, New York  10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>MICHAEL W. SOBOL Bar No. 194857<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone: (925) 362-9999<br>Facsimile: (925) 362-9970<br><br>Attorneys for Plaintiff<br>ARNESHA M. GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>          Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>**STIPULATION AND ORDER RE FILING FINAL APPROVAL MOTION BY STATE FARM** |

Plaintiff Arnesha Garner ("Plaintiff") and Defendant State Farm Mutual Automobile

Insurance Company ("State Farm") (collectively, the "Parties"), by and through their attorneys

of record, jointly request that the Court allow State Farm to file its motion for final approval of

the class settlement in this action on April 1, 2010.

-1-

STIPULATION AND [PROPOSED] ORDER RE FILING FINAL APPROVAL MOTION BY STATE FARM

SF/1682837v1

1    WHEREAS, the Court issued its Preliminary Approval Order of the class action

2  settlement on January 15, 2010;

3    WHEREAS, the Court scheduled the Fairness Hearing to determine final approval of the

4  class settlement for April 15, 2010;

5    WHEREAS, the Third-Party Administrator mailed the Class Notice to class members via

6  first-class mail on February 9, 2010;

7    WHEREAS, the Preliminary Approval Order provides that any class member who wishes

8  to opt-out of the settlement must send a written opt-out to be postmarked no later than 45 days

9  after the notice is mailed;

10    WHEREAS, the Preliminary Approval Order provides that any person objecting to the

11  settlement must remit a timely written objection to be postmarked no later than 45 days after the

12  notice is mailed;

13    WHEREAS, the 45-day period in which a written opt-out or objection to the settlement

14  must be postmarked ends on March 26, 2010; and

15    WHEREAS, State Farm requests, and Plaintiff agrees, that State Farm should be allowed

16  to file its motion for final approval on April 1, 2010 to give State Farm a reasonable time to

17  review and respond to any opt-outs or objections that may be received.

18    IT IS SO STIPULATED.

19  DATED:  March 9, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

20                                          /s/ *Laura L. Goodman*
                                     By:
21                                          Laura L. Goodman
                                          Attorneys for Defendant
22                                          STATE FARM MUTUAL AUTOMOBILE
                                          INSURANCE COMPANY
23

24
    DATED:  March 9, 2010        BIRKA-WHITE LAW OFFICES
25

26                                          */s/ David M. Birka-White*
                                     By:
27                                          David M. Birka-White
                                          Attorneys for Plaintiff
                                          ARNESHA M. GARNER
28

-2-

STIPULATION AND [PROPOSED] ORDER RE FILING FINAL APPROVAL MOTION BY STATE FARM

1          ORDER ON STIPULATION

2          Having read and considered the parties' stipulation, the Court orders as follows:

3          State Farm may file its motion for final approval on April 1, 2010, after the deadline for

4     post-marking opt-outs or objections to the settlement has passed.  Either party may update the

5     Court, as appropriate, addressing any timely objections or opt-outs received after the parties file

6     their respective briefs.

7     IT IS SO ORDERED.

8

9     Dated: March 22, 2010

                                          The Honorable Claudia Wilken
10                                        United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER RE FILING FINAL APPROVAL MOTION BY STATE FARM