John W. Davis, State Bar # 200113
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.4870
Facsimile: 619.342.7170

Steven F. Helfand, State Bar # 206667
steven@stevenhelfand.com
HELFAND LAW OFFICES
582 Market Street, Suite 1400
San Francisco, CA 94104
Telephone: 415.397.0007
Facsimile: 415.397.0009

Attorneys for Objector
Laura Maltin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 08-CV-1365 CW (EMC)<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RE: SUBSTITUTION AND APPEARANCE AS COUNSEL**<br><br>Judge: Honorable Claudia Wilken |

Absent class member and objector Laura Maltin's request to substitute counsel is hereby granted.

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

Date: 4/16/2010

_____
United States District Court Judge
The Honorable Claudia Wilken

[Proposed] Order Re: Substitution and Appearance of Counsel          08-CV-1365 CW

1