| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>MICHELLE Y. MCISAAC Bar No. 215294<br>ANDREW J. KING Bar No. 253962<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, New York  10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>MICHAEL W. SOBOL Bar No. 194857<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone: (925) 362-9999<br>Facsimile: (925) 362-9970<br><br>Attorneys for Plaintiff<br>ARNESHA M. GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>ORDER RE JOINT  ADMINISTRATIVE MOTION TO FILE UNDER SEAL ADMINISTRATOR'S REPORT OF REQUESTS FOR EXCLUSION FROM SETTLEMENT CLASS |

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") and Plaintiff Arnesha Garner having jointly filed an administrative motion to file under seal Exhibit A to the Declaration of Melissa Eisert constituting the third-party Administrator's report of requests for exclusion from the settlement class, on the ground that the document contains the

-1-
[PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
ADMINISTRATOR'S REPORT OF REQUESTS FOR EXCLUSION FROM SETTLEMENT CLASS
SF/1691518v1

1  confidential personal information of State Farm policyholders, including their names and home
2  addresses, and good cause appearing,
3      IT IS HEREBY ORDERED that:
4      1.   Pursuant to Civil Local Rules 7-11 and 79-5, the document attached as Exhibit A
5  to the Declaration of Melissa Eisert constituting the Administrator's Report Of Requests For
6  Exclusion From Settlement Class shall be filed under seal.

8  IT IS SO ORDERED.

10 Dated:  5/3/2010              *[signature]*
                                 The Honorable Claudia Wilken
11                               United States District Judge

-2-
[PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
ADMINISTRATOR'S REPORT OF REQUESTS FOR EXCLUSION FROM SETTLEMENT CLASS
SF/1691518v1