| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, New York  10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 | BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone: (925) 362-9999<br>Facsimile: (925) 362-9970 |
| Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | Attorneys for Plaintiff<br>ARNESHA M. GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER,<br><br>       Plaintiff,<br><br>       v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>       Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>[PROPOSED] ORDER APPROVING DISTRIBUTION OF UNDELIVERABLE SETTLEMENT FUNDS TO APPROVED *CY PRES* RECIPIENTS<br><br>The Honorable Claudia Wilken |

1  This matter comes before the Court on the parties' Joint Report Regarding Completion of Distribution of Settlement Funds to Class and Request for Permission to Distribute Undeliverable Funds to Approved *Cy Pres* Recipients. The parties report that they have completed the distribution of settlement funds to the Settlement Class Members, that they have made all reasonable efforts, consistent with the terms of the Settlement (Docket No. 248 at Ex. A), to ensure that settlement funds were received by the Settlement Class Members, and that they have successfully distributed all but a small portion of the settlement funds (approximately $68,331.19 of the $9,662,097.71 net settlement funds) to Settlement Class Members. With respect to these remaining, undeliverable funds, the parties request that, consistent with the Settlement (Settlement, § 9.7), the Court approve the distribution of such funds to the Court-approved *cy pres* recipients, Volunteer Legal Services Program and Bay Area Legal Aid. Having considered the matter and the record in these proceedings, and good cause appearing, the Court hereby ORDERS as follows:

1. The Court GRANTS the parties' request. The remaining, undelivered settlement funds shall be distributed evenly among the previously-approved *cy pres* recipients, Volunteer Legal Services Program and Bay Area Legal Aid.

IT IS SO ORDERED.

Date: __February 21__, 2012

_____
The Honorable Claudia Wilken
United States District Court Judge

961038.2

-1-
[PROPOSED] ORDER APPROVING DISTRIBUTION OF UNDELIVERABLE SETTLEMENT FUNDS TO APPROVED *CY PRES* RECIPIENTS