| | |
|---|---|
| SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>KEVIN J. DUNNE  Bar No. 40030<br>LAURA L. GOODMAN  Bar No. 142689<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ROBERT J. NELSON Bar No. 132797<br>ROGER HELLER Bar No. 215348<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>KATHERINE ARMSTRONG (pro hac vice)<br>Four Times Square<br>New York, New York  10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 | BIRKA-WHITE LAW OFFICES<br>DAVID M. BIRKA-WHITE Bar No. 85721<br>411 Hartz Avenue, Suite 200<br>Danville, California 94526<br>Telephone: (925) 362-9999<br>Facsimile: (925) 362-9970 |
| Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | Attorneys for Plaintiff<br>ARNESHA M. GARNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNESHA M. GARNER,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. CV 08 1365 CW (EMC)<br><br>[PROPOSED] ORDER CLOSING ADMINISTRATION OF CLASS ACTION SETTLEMENT<br><br>The Honorable Claudia Wilken |

1   This matter comes before the Court on the Final Joint Report of Parties Regarding Completion of Distribution of Settlement Funds to Class and Cy Pres Recipients and Request for Order Declaring Settlement Closed ("Final Report").

On December 30, 2009, the parties reached final agreement on the terms of a Settlement Agreement (Exhibit A to Docket 248), and submitted the Settlement to the Court for preliminary approval. (*See* Docket Nos. 243, 247, 248.) On January 15, 2010, the Court granted preliminary approval of the Settlement. (*See* Docket No. 252.) The Court granted final approval of the Settlement on April 22, 2010, and entered Judgment in the matter on May 4, 2010. (*See* Docket Nos. 282, 286.)

The parties have previously reported to the Court that they had completed the distribution of settlement funds to the Settlement Class Members; that they had made all reasonable efforts, consistent with the terms of the Settlement to ensure that settlement funds were received by the Settlement Class Members; and that they had successfully distributed all but a small portion of the settlement funds (approximately $68,331.19 of the $9,662,097.71 net settlement funds) to Settlement Class Members. (*See* Docket No. 289: Joint Report of Parties Regarding Completion of Distribution of Settlement Funds to Class And Request For Permission To Distribute Undeliverable Funds To Approved Cy Pres Recipients.)

On February 21, 2012, this Court issued its Order Approving Distribution of Undeliverable Funds to Approved *Cy Pres* Recipients. (Docket 290.) The Court ordered that "[t]he remaining, undelivered settlement funds shall be distributed evenly among the previously-approved *cy pres* recipients, Volunteer Legal Services Program and Bay Area Legal Aid.

On March 8, 2012, the parties reported that the Settlement Administrator had paid the remaining funds to the approved *cy pres* recipients and that the *cy pres* checks had been cashed.

The Court, having reviewed the parties' Final Report, hereby finds that:

1.   The Settlement has been carried out in accordance with the Settlement Agreement and the related Orders of this Court.

-1-
[PROPOSED] ORDER CLOSING ADMINISTRATION OF CLASS ACTION SETTLEMENT

1  2. Defendant State Farm, Plaintiff, Class Counsel and the Settlement Administrator
2 have fulfilled their respective obligations under the Settlement Agreement and related Orders of
3 this Court.
4  3. All settlement funds have been distributed in a manner consistent with the
5 Settlement Agreement and related Orders of this Court.
6 Accordingly, the Court hereby orders that that administration of this Settlement is now
7 closed, with no further obligations required of Defendant State Farm, Plaintiff, Class Counsel or
8 the Settlement Administrator.
9 IT IS SO ORDERED.

Date: _____April 9_____, 2012

_____
The Honorable Claudia Wilken
United States District Court Judge

-2-
[PROPOSED] ORDER CLOSING ADMINISTRATION OF CLASS ACTION SETTLEMENT